MITCHELL J. LANGBERG, ESQ.
Nevada Bar No. 10118
abult@bhfs.com
ERIC D. WALTHER, ESQ.
Nevada Bar No. 13611
ewalther@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV  89106-4614
Telephone:  702.382.2101
Facsimile:   702.382.8135

*Attorneys for Capital Pure Assets, LTD*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CAPITAL PURE ASSETS, LTD, a Nevada limited liability company, <br><br> *Plaintiff,* <br><br> v. <br><br> CC TECHNOLOGY CORPORATION, a Colorado corporation; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive, <br><br> *Defendants,* | CASE NO.:  2:24-cv-00680-RFB-NJK <br><br> **CERTIFICATE OF INTERESTED PARTIES** |

Pursuant to Fed. R. Civ. P. 7.1(a)(1) and LR 7.1-1(a), the undersigned counsel of record for Plaintiff Capital Pure Assets, LTD ("CPA"), certifies that the following may have a direct, pecuniary interest in the outcome of this case:

1.      None other than the parties to this case.

These representations are made to enable judges of the court to evaluate possible disqualifications or recusal.

Pursuant to Fed. R. Civ. P. 7.1(a)(2), the citizenship of the following individuals and entities are attributed to Plaintiff's citizenship:

1.      Plaintiff CPA is a Nevada limited liability company and is a citizen of Nevada.

/ / /

2.      Hannah Dawn Prakash is CPA's sole member and is a citizen of Nevada.

DATED this 25th day of April, 2024.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

*/s/ Mitchell J. Langberg*

MITCHELL J. LANGBERG, ESQ.
Nevada Bar No. 10118
abult@bhfs.com
ERIC D. WALTHER, ESQ.
Nevada Bar No. 13611
ewalther@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV  89106-4614
Telephone:  702.382.2101
Facsimile:   702.382.8135

*Attorneys for Capital Pure Assets, LTD*

2

## <u>CERTIFICATE OF SERVICE</u>

Pursuant to Fed. R. Civ. P. 5(b), and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP, and that the foregoing **CERTIFICATE OF INTERESTED PARTIES** was served via electronic service on April 25, 2024.

*/s/ Wendy Cosby*
Wendy Cosby, an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP

3