Stephen R. Hackett, Esq.
Nevada Bar No.: 5010
David B. Barney, Esq.
Nevada Bar No.: 14681
SKLAR WILLIAMS PLLC
410 South Rampart Boulevard, Suite 350
Las Vegas, Nevada 89145
Telephone: (702) 360-6000
Facsimile:  (702) 360-0000
Email: shackett@sklar-law.com
          dbarney@sklar-law.com
*Attorneys for Defendant/Counterclaimant*
*CC Technology Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CAPITAL PURE ASSETS, LTD, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CC TECHNOLOGY CORPORATION, a Colorado corporation; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-00680-RFB-NJK<br><br><br>**DEFENDANT/COUNTERCLAIMANT CC TECHNOLOGY CORPORATION'S CERTIFICATE OF INTERESTED PARTIES PURSUANT TO LR 7.1-1 AND DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |
| CC TECHNOLOGY CORPORATION, a Colorado corporation,<br><br>Counterclaimant,<br><br>v.<br><br>CAPITAL PURE ASSETS, LTD, a Nevada limited liability company; SHIVA PRAKASH, an individual; HANNAH DAWN PRAKASH, an individual; VIKHYAT PRAKASH, an individual; JAMES CHRISMAN, P.C., a Nevada professional corporation; JAMES P. CHRISMAN, an individual; DOES 1 through 10, inclusive; and ROE ENTITIES I through X, inclusive,<br><br>Counter-defendants. | |

1

The undersigned attorney of record for Defendant/Counterclaimant CC Technology Corporation certifies that the following may have a direct, pecuniary interest in the outcome of this case:

    1)    Defendant/Counterclaimant CC Technology Corporation ("CCTC"), a Colorado corporation; and

    2)    Cannatrac Financial Corp., a Canadian corporation, which is the parent company of CCTC.

Pursuant to Fed. R. Civ. P. 7.1(a)(2), CCTC is a citizen of the State of Colorado, as it is a Colorado Corporation with its principal place of business in that state.

These representations are made to enable judges of the court to evaluate possible disqualifications or recusal.

Dated this 17th day of June, 2024.

SKLAR WILLIAMS PLLC

*/s/ David B. Barney*_____
Stephen R. Hackett, Esq.
Nevada Bar No. 5010
David B. Barney, Esq.
Nevada Bar No. 14681
410 South Rampart Blvd, Suite 350
Las Vegas, NV 89145
*Attorneys for Defendant/Counterclaimant*
*CC Technology Corporation*

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 17th day of June, 2024, a true and correct copy of the foregoing **DEFENDANT/COUNTERCLAIMANT CC TECHNOLOGY CORPORATION'S CERTIFICATE OF INTERESTED PARTIES PURSUANT TO LR 7.1-1 AND DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** was filed electronically with the Clerk of the Court by submission to the electronic filing and service system (CM/ECF) at the United States District Court, District of Nevada.  CM/ECF will provide copies to all parties and counsel of record registered to receive CM/ECF notification.

*/s/ David B. Barney*
An employee of Sklar Williams PLLC