UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

CAPITAL PURE ASSETS, LTD, a
Nevada limited liability company

      Plaintiff(s)

Vs

CC TECHNOLOGY CORPORATION, a
Colorado corporation; DOES 1 through 10,
inclusive; and ROE CORPORATIONS 1
through 10, inclusive,

      Defendant(s)

Case No: Case No. 2:24-cv-00680-RFB-NJK

_____

CC TECHNOLOGY CORPORATION, a
Colorado corporation,

      Counterclaimant,

v.

CAPITAL PURE ASSETS, LTD, a Nevada
limited liability company; SHIVA PRAKASH,
an individual; HANNAH DAWN PRAKASH,
an individual; VIKHYAT PRAKASH, an individual;
JAMES CHRISMAN, P.C., a Nevada professional
corporation; JAMES P. CHRISMAN, an individual;
DOES 1 through 10, inclusive; and ROE
ENTITIES I through X, inclusive,

      Counter-defendants.

_____

State of Nevada  )
               )ss.
County of Clark  )

## DECLARATION OF SERVICE

I, **SUSAN KRUSE** being duly sworn, says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age not a party nor interested in the proceeding in which this affidavit is made.  That on the **21ST** day of **JUNE 2024** affiant received the **SUMMONS AND DEFENDANT/COUNTERCLAIMANT CC TECHNOLOGY CORPORATION'S ANSWER AND COUNTERCLAIM, JURY DEMAND** and served the same on the **21ST** day of **JUNE 2024** at **7:13 PM by**:

Delivering and leaving a copy with the Defendant **JAMES P. CHRISMAN** _____

At **7121 EVERLY COURT, LAS VEGAS, NEVADA 89131** _____

Serving the Defendant_____ by personally delivering and leaving a copy with_____ a person of suitable age and discretion residing at the Defendant's usual place of abode located at_____

Serving the Defendant_____.by personally delivering and leaving a copy at_____

    A  With _____as_____ an agent lawfully designated by statute to accept service of process.

    B  With_____ pursuant to NRS 14.020 as a person of suitable age and discretion at the above address, which address is the address of the resident agent show on the current certificate of designation filed with the Secretary of State.

_____
Person making service/Susan Kruse
Vegas Pro Serv   PILB NVLIC 1469
848 N Rainbow Blvd. #5372
Las Vegas, Nevada 89107 702-526-0411

Executed on: June 21, 2024

PURSUANT TO NRS 53.045,
I DECLARE UNDER PENALTY OF
PERJURY UNDER THE LAW OF
THE STATE OF NEVADA THAT
THE FOREGOING IS TRUE AND CORRECT.