Stephen R. Hackett, Esq.
Nevada Bar No.: 5010
David B. Barney, Esq.
Nevada Bar No.: 14681
SKLAR WILLIAMS PLLC
410 South Rampart Boulevard, Suite 350
Las Vegas, Nevada 89145
Telephone: (702) 360-6000
Facsimile: (702) 360-0000
Email: shackett@sklar-law.com
      dbarney@sklar-law.com
*Attorneys for Defendant/Counterclaimant*
*CC Technology Corporation*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CAPITAL PURE ASSETS, LTD, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CC TECHNOLOGY CORPORATION, a Colorado corporation; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-00680-RFB-NJK<br><br>**ACCEPTANCE OF SERVICE** |
| CC TECHNOLOGY CORPORATION, a Colorado corporation,<br><br>Counterclaimant,<br>v.<br><br>CAPITAL PURE ASSETS, LTD, a Nevada limited liability company; SHIVA PRAKASH, an individual; HANNAH DAWN PRAKASH, an individual; VIKHYAT PRAKASH, an individual; JAMES CHRISMAN, P.C., a Nevada professional corporation; JAMES P. CHRISMAN, an individual; DOES 1 through 10, inclusive; and ROE ENTITIES I through X, inclusive,<br><br>Counter-defendants. | |

1

I, Mark Albright, Esq. of Albright Stoddard Warnick & Albright, hereby accept service of the Summonses and Defendant/Counterclaimant CC Technology Corporation's Answer and Counterclaim (the "Counterclaim") in the above-captioned action on behalf of the following Counter-defendants: (i) Shiva Prakash, (ii) Hannah Dawn Prakash, (iii) Vikhyat Prakash, (iv) James Chrisman, P.C., and (v) James P. Chrisman.  I acknowledge that I am authorized as such Counter-defendants' agent by appointment to accept these documents.  I further acknowledge that the aforementioned Counter-defendants, as well as Counter-defendant Capital Pure Assets, LTD, shall have until July 22, 2024, to respond to the Counterclaim pursuant to an agreement between counsel.

Dated this 15 day of July, 2024.

ALBRIGHT STODDARD WARNICK & ALBRIGHT

Mark Albright, Esq.
Nevada Bar No. 1394
801 S. Rancho Drive, Suite D-4
Las Vegas, NV 89106
*Attorneys for Plaintiff and
Counter-defendants*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 16th day of July, 2024, a true and correct copy of the foregoing **ACCEPTANCE OF SERVICE** was filed electronically with the Clerk of the Court by submission to the electronic filing and service system (CM/ECF) at the United States District Court, District of Nevada. CM/ECF will provide copies to all parties and counsel of record registered to receive CM/ECF notification.

/s/ Jessica Uriostegui
An employee of Sklar Williams PLLC

3