**G. MARK ALBRIGHT, ESQ.**
Nevada Bar No.: 001394
**DANIEL R. ORMSBY, ESQ.**
Nevada Bar No.: 014595
**KYLE W. FENTON, ESQ**.
Nevada Bar No.: 016235
**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**
801 South Rancho Drive, Suite D4
Las Vegas, Nevada 89106
Telephone: (702) 384-7111
Facsimile: (702) 384-0605
gma@albrightstoddard.com
kfenton@albrightstoddard.com
dormsby@albrightstoddard.com
*Attorneys for Plaintiff/Counter-defendants,*
Capital Pure Assets, LTD.; Shiva Prakash;
Hannah Dawn Prakash; Vikhyat Prakash;
James Chrisman, P.C.; James P. Chrisman

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CAPITAL PURE ASSETS, LTD, a Nevada limited liability company, <br><br> Plaintiff(s), <br><br> vs. <br><br> CC TECHNOLOGY CORPORATION, a Colorado corporation; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive, <br><br> Defendant(s). | Case No.  2:24-cv-00680-RFB-NJK |

CC TECHNOLOGY CORPORATION, a Colorado corporation,

Counterclaimant,

vs.

CAPITAL PURE ASSETS, LTD, a Nevada limited liability company; SHIVA PRAKASH, an individual; HANNAH DAWN PRAKASH, an individual; VIKHYAT PRAKASH, an individual; JAMES CHRISMAN, P.C. a Nevada professional corporation; JAMES P. CHRISMAN an individual; DOES I through 10, inclusive; and ROE ENTITIES I through X, inclusive,

Counter-defendants.

## SUBSTITUTION OF ATTORNEY

Plaintiff, CAPITAL PURE ASSETS, LTD, a Nevada limited liability   company hereby substitutes G. MARK ALBRIGHT, ESQ., of the law firm of ALBRIGHT, STODDARD,

WARNICK & ALBRIGHT, 801 S. Rancho Road, Suite D4, Las Vegas, Nevada 89106, (702) 384-7111, gma@albrightstoddard.com, as attorney of record in place and stead of: MITCHELL J. LANGBERG, ESQ., of the law firm of BROWNSTEIN HYATT FARBER SCHRECK, LLP.

DATED this 12th  day of July, 2024

I consent to the above substitution.

_____
Agent and/or representative of
CAPITAL PURE ASSETS, LTD.

DATED this 15th day of July, 2024

_____
MITCHELL J. LANDBERG, ESQ.
Brownstein Hyatt Farber Schreck, LLP

I am duly admitted to practice in this District.

Above substitution accepted.

DATED this 15th  day of July, 2024

_____
G. MARK ALBRIGHT, ESQ.
Albright, Stoddard, Warnick & Albright

Please check one: **X** RETAINED, or_____ APPOINTED BY THE COURT

**APPROVED:**

Dated:  July 16, 2024

_____
United States Magistrate Judge

- 2 -