**G. MARK ALBRIGHT, ESQ.**
Nevada Bar No.:  001394
**DANIEL R. ORMSBY, ESQ.**
Nevada Bar No.: 014595
**KYLE W. FENTON, ESQ**.
Nevada Bar No.:  016235
**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**
801 South Rancho Drive, Suite D4
Las Vegas, Nevada 89106
Telephone: (702) 384-7111
Facsimile: (702) 384-0605
gma@albrightstoddard.com
kfenton@albrightstoddard.com
dormsby@albrightstoddard.com
*Attorneys for Plaintiff/Counter-defendants,*
Capital Pure Assets, LTD.; Shiva Prakash;
Hannah Dawn Prakash; Vikhyat Prakash;
James Chrisman, P.C.; James P. Chrisman

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CAPITAL PURE ASSETS, LTD, a Nevada limited liability company, <br><br> Plaintiff(s), <br> vs. <br><br> CC TECHNOLOGY CORPORATION,  a Colorado corporation; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive, <br> Defendant(s). | Case No.  2:24-cv-00680-RFB-NJK <br><br><br><br> **COUNTER-DEFENDANT JAMES CHRISMAN, P.C. CERTIFICATE OF INTERESTED PARTIES PURSUANT TO LR 7.1-1** |
| CC TECHNOLOGY CORPORATION, a Colorado corporation, <br> Counterclaimant, <br> vs. <br><br> CAPITAL PURE ASSETS, LTD, a Nevada limited liability company; SHIVA PRAKASH, an individual; HANNAH DAWN PRAKASH, an individual; VIKHYAT PRAKASH, an individual; JAMES CHRISMAN, P.C. a Nevada professional corporation; JAMES P. CHRISMAN an individual; DOES I through 10, inclusive; and ROE ENTITIES I through X, inclusive, <br> Counter-defendants. | |

Pursuant to Fed. R. Civ. P. 7.1 and Nevada Local Rule 7.1-1, Counter-Defendant JAMES

CHRISMAN, P.C. ("Chrisman P.C."), a Nevada professional corporation, hereby certifies that it

has no parent corporation and that no publicly held corporation owns 10% or more of its stock. Upon information and belief, no other entity has a direct pecuniary interest in the outcome of this matter. These representations are made to enable court personnel to evaluate possible disqualifications and/or recusal.

DATED this  24th  day of July, 2024    Respectfully submitted,

By://s// Kyle W. Fenton

**G. MARK ALBRIGHT, ESQ.**
Nevada Bar No.:  001394
**DANIEL R. ORMSBY, ESQ.**
Nevada Bar No.: 014595
**KYLE W. FENTON, ESQ**.
Nevada Bar No.:  016235
**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**
801 South Rancho Drive, Suite D4
Las Vegas, Nevada 89106
Telephone: (702) 384-7111
Facsimile: (702) 384-0605
gma@albrightstoddard.com
kfenton@albrightstoddard.com
dormsby@albrightstoddard.com
*Attorneys for Plaintiff/Counter-defendants,*
Capital Pure Assets, LTD.; Shiva Prakash;
Hannah Dawn Prakash; Vikhyat Prakash;
James Chrisman, P.C.; James P. Chrisman