UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CAPITAL PURE ASSETS, LTD.,<br><br>    Plaintiff(s),<br><br>v.<br><br>CC TECHNOLOGY CORPORATION,<br><br>    Defendant(s). | Case No. 2:24-cv-00680-RFB-NJK<br><br>**Order**<br><br>[Docket No. 19] |

    Pending before the Court is a proposed discovery plan, in which the parties dispute the appropriate length of the discovery period. Docket No. 19. The presumptively reasonable discovery period is 180 days. Local Rule 26-1(b)(1). Defendant seeks the presumptively reasonable discovery period. Counter-Defendants seek additional time in light of the number of parties, the scope of the pleadings, and the nature of the claims. The Court has not been persuaded at this juncture that an elongated discovery period is warranted, though a request for extension may be filed if the circumstances so warrant. *See* Local Rule 26-3.[1]

    Accordingly, the discovery plan is **GRANTED** in part and **DENIED** in part. Case management deadlines are hereby **SET** as follows:

- Initial disclosures: July 31, 2024
- Amend pleadings/ add parties: September 17, 2024
- Initial experts: October 17, 2024
- Rebuttal experts: November 18, 2024
- Discovery cutoff: December 16, 2024
- Dispositive motions: January 15, 2025

---

[1] The Court expresses no opinion herein as to whether such future extension request will be granted.

- Joint proposed pretrial order: February 14, 2025, or 30 days after resolution of dispositive motions

IT IS SO ORDERED.

Dated: August 1, 2024

_____
Nancy J. Koppe
United States Magistrate Judge