UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CAPITAL PURE ASSETS, LTD.,<br><br>    Plaintiff(s),<br><br>v.<br><br>CC TECHNOLOGY CORPORATION,<br><br>    Defendant(s). | Case No. 2:24-cv-00680-RFB-NJK<br><br>**ORDER**<br><br>[Docket No. 19] |

    Pending before the Court is a proposed discovery plan, in which the parties represent that they consent to the undersigned magistrate judge's handling of trial and all pretrial proceedings. Docket No. 19 at 4. If they have not done so already, counsel are instructed to contact the Clerk's Office to obtain the required paperwork regarding magistrate judge consent and to submit that paperwork pursuant to the Clerk's Office procedures.

    IT IS SO ORDERED.

    Dated: August 1, 2024

                                                                                         Nancy J. Koppe<br>
                                                                                         United States Magistrate Judge