# EXHIBIT D

Wire Transfer Record

**CHASE** 🔵 *for* BUSINESS®

Printed from Chase for Business

○ For your security, we're reviewing your wire as part of our internal review process.

It'll usually take 2 to 4 hours to complete.

We'll call the number saved in your file if we need more info. Please check Payment activity or your email for any status updates.

How would you rate your wire experience?

**Account details**

| | |
|---|---|
| Wire to | Treasury Escrow (...5558) |
| Wire from | BUS COMPLETE CHK (...4751) |
| Wire status | Pending review |
| Transaction number | 8011418956 |

**Sender information**

| | |
|---|---|
| Wire date | Jul 7, 2023 |
| Wire amount | $336,000.00 USD (U.S. Dollars) |
| Outgoing wire transfer fee | $25.00 USD (U.S. Dollars) |
| **Total** | **$336,025.00  USD (U.S. Dollars)** |

Your account activity will show separate charges for wire amount and wire transfer fee.

**Additional information**

| | |
|---|---|
| Message to recipient bank | None |
| Message to recipient | For funding of Escrow Account on JV Agreement |
| Memo | None |