# EXHIBIT E

E-mail Correspondence dated August 23, 2023



Thomas Gavin <tgavin@cannatrac.com>

## Funding timeline

1 message

**Vikhyat Prakash** <vikhyat.prakash@capitalpureassets.com>
To: Thomas Gavin <tgavin@cannatrac.com>

Wed, Aug 23, 2023 at 1:06 PM

Hi Tom,

I hope you are doing well.

We are in a position to get the funding to CannaCard.

We are targeting the window of the week of September 15th  for the distribution of funds.

Thank you! I will be in touch with updates.

Vikhyat Prakash
Strategic Advisor
Capital Pure Assets
702-906-9432