# EXHIBIT F

E-mail Correspondence dated September 21-25, 2024



Thomas Gavin <tgavin@cannatrac.com>

## Return of Escrow Funds

7 messages

---

**Thomas Gavin** <tgavin@cannatrac.com>                                     Thu, Sep 21, 2023 at 11:35 AM
To: Shiva Prakash <chairman@capitalpureassets.com>, Vikhyat Prakash <vikhyat.prakash@capitalpureassets.com>
Cc: Investor Relations <investor.relations@cannatrac.com>, Marcos Reilly <mreilly@hinshawlaw.com>

Gentlemen,
Unfortunately, due to time restrictions on our money, we are requesting the return of our $336,000 in escrow funds.

If possible, we would like to stay in line for the deal, since we have another investor ready and willing to redeposit funds in escrow once your final group is ready to move forward.

Thank you in advance for your understanding and please know I want to work together; however, this is out of my control. Please let me know when the other partners are ready and we will act immediately with our investor to redeposit.

Respectfully,
Tom

Thomas E. Gavin IV
Vice Chairman / Chief Executive Officer
CannaTrac® Technology, Inc.
7804 W College Drive, 2SW
Palos Heights, IL 60463
o) 708.671.8462
d) 708.827.5327
c) 708.732.0405
tgavin@cannatrac.com
www.CannaTrac.com

Statement of Confidentiality & Disclaimer: The information contained in this email message is privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this email is strictly prohibited. If you have received this email in error, please notify us immediately by replying and delete the message. Thank you.

---

**Thomas Gavin** <tgavin@cannatrac.com>                                     Thu, Sep 21, 2023 at 12:57 PM
To: Shiva Prakash <chairman@capitalpureassets.com>, Vikhyat Prakash <vikhyat.prakash@capitalpureassets.com>
Cc: Investor Relations <investor.relations@cannatrac.com>, Marcos Reilly <mreilly@hinshawlaw.com>

Gentlemen,
Please find our wire instructions for the returning of our escrow funds attached to this email.
Thank you,
Tom

**Thomas E. Gavin IV**
Chief Executive Officer/ Vice Chairman
**CannaTrac Financial Corp.**
**2102-58 Keefer Place**
**Vancouver, BC V6B0B6**
Office: (708) 671-8462
Direct:(708) 827-5327
Mobile: (708) 732-0405
Email: tgs1vin@cannatrac.com
**https:l/www.cannatracfinancial.com**

Statement of Confidentiality & Disclaimer: The information contained in this email message is privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this email is strictly prohibited. If you have received this email in error, please notify us immediately by replying and delete the message. Thank you.

[Quoted text hidden]

📎 **Instructions•  06-27-2023.pdf**
415K

---

**Shiva Prakash** <chairman@capitalpureassets.com>                          Thu, Sep 21, 2023 at 2:46 PM
To: Thomas Gavin <tgavin@cannatrac.com>
Cc: Vikhyat Prakash <vikhyat.prakash@capitalpureassets.com>, Investor Relations <investor.relations@cannatrac.com>, Marcos Reilly <mreilly@hinshawlaw.com>

Gentlemen:

We will process the termination of the escrow agreement signed by all parties, along with a termination of the JV agreement.

Regards,

Shiva Prakash
Chairman
Capital Pure Assets Inc.

1

[Quoted text hidden]

---

**Thomas Gavin** <tgavin@cannatrac.com>                                          Thu, Sep 21, 2023 at 2:50 PM
To: Shiva Prakash <chairman@capitalpureassets.com>
Cc: Investor Relations <investor.relations@cannatrac.com>, Marcos Reilly <mreilly@hinshawlaw.com>, Vikhyat Prakash <vikhyat.prakash@capitalpureassets.com>

Thank you, Shiva. Please let us know when your other party is ready. We will gladly step back in, if the opportunity is still available.

Thomas E. Gavin IV
Vice Chairman/ Chief Executive Officer
CannaTrac® Technology, Inc.
7804 W College Drive, 2SW
Palos Heights, IL 60463
o) 708.671.8462
d) 708.827.5327
c) 708.732.0405
tgavin@cannatrac.com
www.CannaTrac.com

Statement of Confidentiality & Disclaimer: The information contained in this email message is privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this email is strictly prohibited. If you have received this email in error, please notify us immediately by replying and delete the message. Thank you.

[Quoted text hidden]

---

**Thomas Gavin** <tgavin@cannatrac.com>                                          Mon, Sep 25, 2023 at 7:44 PM
To: Shiva Prakash <chairman@capitalpureassets.com>
Cc: Investor Relations <investor.relations@cannatrac.com>, Marcos Reilly <mreilly@hinshawlaw.com>, Vikhyat Prakash <vikhyat.prakash@capitalpureassets.com>

Gentlemen,
I have tried to get in touch with both of you several times to simply find out where we stand as far as being able to redeposit escrow funds when your other client is ready. In essence resign a new JV agreement or simply keep the old agreement, if possible. Can you please let me know?

Additionally, my investor that put up the escrow money had asked me about the turn around time on getting his money back. Can you please provide this also?

Thank you in advance. I realize you're busy and appreciate your time and response.
Tom

Thomas E. Gavin IV
Vice Chairman / Chief Executive Officer
CannaTrac® Technology, Inc.
7804 W College Drive, 2SW
Palos Heights, IL 60463
o) 708.671.8462
d) 708.827.5327
c) 708.732.0405
tgavin@cannatrac.com
www.CannaTrac.com

Statement of Confidentiality & Disclaimer: The information contained in this email message is privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this email is strictly prohibited. If you have received this email in error, please notify us immediately by replying and delete the message. Thank you.

[Quoted text hidden]

---

**Shiva Prakash** <chairman@capitalpureassets.com>                               Mon, Sep 25, 2023 at 10:15 PM
To: Thomas Gavin <tgavin@cannatrac.com>
Cc: Investor Relations <investor.relations@cannatrac.com>, Marcos Reilly <mreilly@hinshawlaw.com>, Vikhyat Prakash <Vikhyat.Prakash@capitalpureassets.com>

Gentlemen

I am available for a call on Friday 12:30 PST.

Thanks
Shiva Prakash
Chairman
Capital Pure Assets
[Quoted text hidden]

---

**Thomas Gavin** <tgavin@cannatrac.com>                                          Mon, Sep 25, 2023 at 10:16 PM
To: Shiva Prakash <chairman@capitalpureassets.com>
Cc: Investor Relations <investor.relations@cannatrac.com>, Marcos Reilly <mreilly@hinshawlaw.com>, Vikhyat Prakash <Vikhyat.Prakash@capitalpureassets.com>

Shiva, that will work for us. I will send an invite now. Thank you.

Thomas E. Gavin IV
Vice Chairman / Chief Executive Officer
CannaTrac® Technology, Inc.
7804 W College Drive, 2SW
Palos Heights, IL 60463
o) 708.671.8462
d) 708.827.5327
c) 708.732.0405

2

tgavin@cannatrac.com
www.CannaTrac.com

Statement of Confidentiality & Disclaimer: The information contained in this email message is privileged and confidential, intended only for the use of the Individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this email is strictly prohibited. If you have received this email in error, please notify us immediately by replying and delete the message. Thank you.

[Quoted text hidden]

tgavin@cannatrac.com
www.CannaTrac.com

Statement of Confidentiality & Disclaimer: The information contained in this email message is privileged and confidential, intended only for the use of the Individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this email is strictly prohibited. If you have received this email in error, please notify us immediately by replying and delete the message. Thank you.

[Quoted text hidden]

3