# EXHIBIT G

E-mail Correspondence dated September 29-October 3, 2023



Thomas Gavin <tgavin@cannatrac.com>

## Rescind Termination of JV/Escrow Agreement

4 messages

---

**Thomas Gavin** <tgavin@cannatrac.com>                                   Fri, Sep 29, 2023 at 3:20 PM
To: Shiva Prakash <chairman@capitalpureassets.com>, Vikhyat Prakash <vikhyat.prakash@capitalpureassets.com>, Investor Relations
<investor.relations@cannatrac.com>, Marcos Reilly <mreilly@hinshawlaw.com>

Gentlemen,
Based on our call today and the information received (or re-received) regarding the MT-799 already being processed, we request to rescind our previous email titled
"Return of Escrow Funds" dated 09/21/2023. Please let us know, at your earliest convenience, that this was received and accepted.

We want to proceed with the deal and look forward to speaking with you after your meeting next week.

I, personally, appreciate your patience and apologize for the confusion regarding the MT-799.

Thank you in advance,
Tom

**Thomas E. Gavin IV**
Chief Executive Officer / Vice Chairman
**CannaTrac Financial Corp.**
**2102-58 Keefer Place**
**Vancouver, BC V6B0B6**
Office: (708) 671-8462
Direct:(708) 827-5327
Mobile: (708) 732-0405
Email: tgavin@cannatrac.com
**https://www.cannatracfinancial.com**

Statement of Confidentiality & Disclaimer: The information contained in this email message is privileged and confidential, intended only for
the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any
dissemination, distribution or copy of this email is strictly prohibited. If you have received this email in error, please notify us immediately
by replying and delete the message. Thank you.

---

**Shiva Prakash** <chairman@capitalpureassets.com>                         Mon, Oct 2, 2023 at 3:53 PM
To: Thomas Gavin <tgavin@cannatrac.com>
Cc: Vikhyat Prakash <Vikhyat.Prakash@capitalpureassets.com>, Investor Relations <investor.relations@cannatrac.com>, Marcos Reilly <mreilly@hinshawlaw.com>

Gentlemen

Thanks for the clarification.

Shiva Prakash
Chairman
Capital Pure Assets

> On Sep 29, 2023, at 1:20 PM, Thomas Gavin <tgavin@cannatrac.com> wrote:

[Quoted text hidden]

---

**Thomas Gavin** <tgavin@cannatrac.com>                                    Mon, Oct 2, 2023 at 3:54 PM
To: Shiva Prakash <chairman@capitalpureassets.com>
Cc: Investor Relations <investor.relations@cannatrac.com>, Marcos Reilly <mreilly@hinshawlaw.com>, Vikhyat Prakash <Vikhyat.Prakash@capitalpureassets.com>

Thank you for following up, sir.
[Quoted text hidden]

---

**Investor Relations** <investor.relations@cannatrac.com>                  Tue, Oct 3, 2023 at 9:50 AM
To: Shiva Prakash <chairman@capitalpureassets.com>
Cc: Thomas Gavin <tgavin@cannatrac.com>, Vikhyat Prakash <Vikhyat.Prakash@capitalpureassets.com>, Marcos Reilly <mreilly@hinshawlaw.com>

Shiva & Vic

Thank you for everything and I (we) look forward to working with you

Bob Lang

On Mon, Oct 2, 2023 at 3:53 PM Shiva Prakash <chairman@capitalpureassets.com> wrote:
[Quoted text hidden]