# EXHIBIT H

December 6, 2023 Letter from Capital Pure Assets LTD



Mr. Shiva Prakash
Chairman
Capital Pure Assets LTD
2251 N Rampart Blvd #325
Las Vegas, LV 89128

December 6, 2023

Mr. Thomas Gavin
CEO and President
CannaTrac and CC Technology Corporation
1942 Broadway ST. STE 314C
Boulder CO 80302 US

Dear Thomas Gavin,

I hope this letter finds you well. As we approach the end of the year, I wanted to take a moment to update you on the progress of our joint venture, specifically regarding the final stages of monetization and funding.

Firstly, I would like to express our excitement about the potential of CannaTrac and CC Technology Corp in the realm of customer rewards and real-life gifts in the cannabis industry. We believe that this innovative approach has significant market potential and aligns well with current consumer trends.

Regarding the timeline, as you are aware, the final stages of project monetization are intricate, requiring meticulous attention to detail and compliance with various regulatory standards. Our team is diligently working to ensure that all aspects of the project are aligned with these requirements.

However, it is important to acknowledge the impact of the upcoming holiday season. The end-of-year holidays typically see a slowdown in various operational processes, both within our firm and among our external partners and regulatory bodies. This seasonal period necessitates a brief hiatus in certain activities, which invariably affects project timelines.

With this in consideration, we anticipate that the final monetization and funding phase of your project will be concluded in the first quarter of the following year around the Feb 1st week timeline. We expect that all necessary processes will resume promptly after the holiday break, and our team will be fully engaged in bringing this phase to a successful close.

We understand that timing is crucial, and I assure you that we are committed to advancing your project with the utmost efficiency and care. Our team will maintain regular communication with you, providing updates and any support you may need during this period.

We appreciate your understanding and patience as we navigate these seasonal adjustments. Our goal remains to ensure the successful and timely completion of your project, aligning with our shared vision of its potential impact.

Should you have any questions or require further clarification, please do not hesitate to reach out. We are here to assist you every step of the way.

Thank you for your continued trust in Capital Pure Assets. We look forward to a prosperous new year and the successful realization of your project.

Warm regards,

Shiva Prakash
Chairman
Capital Pure Assets