# EXHIBIT K

E-mail Correspondence dated March 7, 2024



Thomas Gavin <tgavin@cannatrac.com>

## Question regarding Escrow

3 messages

**Thomas Gavin** <tgavin@cannatrac.com>                                    Thu, Mar 7, 2024 at 3:34 PM
To: James Chrisman <james@jameschrisman.com>

James,
During our conversation with Shiva on Tuesday, March 5th, he had told me I had to come out to see you in Las Vegas to get answers to my questions. This said... I wanted to give you an opportunity to answer my questions directly regarding the escrow money since there is, per the agreement, a fiduciary responsibility to us also.

My question and requests are as follows:
Is the $336k, we wired for escrow money, still sitting in the escrow account monitored by you?

If the money is still in the account, please send proof of the money still in the account and proof that it has never left that account. The escrow company should be able to provide a general ledger for that particular escrow account.

If the money is not in the account, please send all documentation used to move the money from escrow and the instructions and correspondence provided to the escrow agent to demand movement of the money.

I have included below a link to a copy of the signed agreement for simplicity.
CC CPA Escrow Agreement Final.pdf

Thank you in advance for your time.
Respectfully,
Tom

**Thomas E. Gavin IV**
Chief Executive Officer / Vice Chairman
**CannaTrac Financial Corp.**
**2102-58 Keefer Place**
**Vancouver, BC V6B0B6**
Office: (708) 671-8462
Direct:(708) 827-5327
Mobile: (708) 732-0405
Email: tgavin@cannatrac.com
https://www.cannatrac.com

Statement of Confidentiality & Disclaimer: The information contained in this email message is privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this email is strictly prohibited. If you have received this email in error, please notify us immediately by replying and delete the message. Thank you.

**Mailtrack Reminder** <reminders@mailtrack.io>                            Sun, Mar 10, 2024 at 4:34 PM
Reply-To: james@jameschrisman.com
To: tgavin@cannatrac.com

📬 You've not received a reply yet.  Snooze for 24H, 48H or 72H

**Mailtrack Notification** <notification@mailtrack.io>                     Mon, Mar 18, 2024 at 8:23 PM
Reply-To: james@jameschrisman.com
To: tgavin@cannatrac.com

🗓 Old conversation revival: James Chrisman opened it 2 weeks after it was sent. See tracking history or turn off revival notifications