# EXHIBIT L

E-mail Correspondence dated March 27, 2024

| **From:** | Thomas Gavin |
| **To:** | Alan Sklar; David Barney; Monica Chavez |
| **Subject:** | Fwd: For Immediate Review - Demand Letter |
| **Date:** | Thursday, March 28, 2024 4:52:36 AM |
| **Attachments:** | ESCROW RELEASE CC Tech.pdf |



---------- Forwarded message ---------
From: **Shiva Prakash** <chairman@capitalpureassets.com>
Date: Wed, Mar 27, 2024 at 9:48 PM
Subject: Re: For Immediate Review - Demand Letter
To: Thomas Gavin <tgavin@cannatrac.com>
CC: Vikhyat Prakash <vikhyat.prakash@capitalpureassets.com>, james@jameschrisman.com <james@jameschrisman.com>, Robert Lang <rlang@cannatrac.com>, Terry Patton <terry@cannatrac.com>


Here are the documents that are needed to process
1. Rescind the farce demand letter
2. Execute the attached Escrow release

Shiva Prakash
Chairman
Capital Pure Assets Ltd

On Tue, Mar 26, 2024 at 6:25 AM Thomas Gavin <tgavin@cannatrac.com> wrote:
> There are only a few days until the end of the month and we have heard no update on our
> demand, nor have we received our escrow back yet. Please provide an update immediately.

1

Thomas E. Gavin IV
Chief Executive Officer / Vice Chairman
Cannatrac Financial Corp.
2102-58 Keefer Place
Vancouver, BC V6B0B6
Canada
o) 708.671.8462
d) 708.827.5327
c) 708.732.0405
tgavin@cannatrac.com
www.CannaTrac.com

Statement of Confidentiality & Disclaimer: The information contained in this email message is privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this email is strictly prohibited. If you have received this email in error, please notify us immediately by replying and delete the message. Thank you.

On Fri, Mar 1, 2024 at 3:16 PM Thomas Gavin <tgavin@cannatrac.com> wrote:

Please find the attached demand letter. Your prompt attention is requested.

**Thomas E. Gavin IV**
Chief Executive Officer / Vice Chairman
**CannaTrac Financial Corp.**
**2102-58 Keefer Place**
**Vancouver, BC V6B0B6**
Office: (708) 671-8462
Direct:(708) 827-5327
Mobile: (708) 732-0405
Email: tgavin@cannatrac.com
https://www.cannatrac.com

Statement of Confidentiality & Disclaimer: The information contained in this email message is privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this email is strictly prohibited. If you have received this email in error, please notify us immediately by replying and delete the message. Thank you.

# <u>MUTUAL RELEASE FOR ESCROW</u>

The parties set forth below having deposited the amount of (Three Hundred and Thirty Six Thousand, $336,000) in escrow under the protection and holding of James Chrisman PC ["JCPC"], a Nevada Professional Corporation & Capital Pure Assets LTD ["CPA"], a Nevada Limited Liability Company, hereby collectively known as ["JCPC"] hereby agree and approve pursuant to this Mutual Release For Escrow ["MRFE"], including the Waivers, Releases and Covenants set forth herein, for the President of JCPC, James P. Chrisman, Esquire ["JPC"], and Hannah Prakash Member, Capital Pure Assets LTD to return said amount to the depositor of the same via the wiring instructions below pursuant to the agreements, covenants and duties set forth in this MRFE as set forth and agreed to herein.

IT IS UNDERSTOOD AND AGREED, AND MADE A PART HEREOF:

That the parties set forth below, including their respective officers, directors, employees, agents, clients, and on behalf of any third-party beneficiaries, do hereby fully release, acquit, and forever discharge JCPC, JPC, each other mutually and all other persons interested and concerned, of and from all claims, actions, causes of action and suits for damages, at law and in equity, regarding said escrow.

IT IS ALSO UNDERSTOOD AND AGREED, AND MADE A PART HEREOF:

That this MRFE is not, nor is it to be construed as, an admission of liability on the part of JCPC, JPC, or either releasee, but is in compromise settlement, accord and satisfaction and discharge of any current or potential losses, damages, claims, actions, causes of action, suits and liability which are each and all uncertain, doubtful, and disputed regarding said escrow.

IT IS ALSO UNDERSTOOD AND AGREED, AND MADE A PART HEREOF:

That the parties agree to defend, indemnify, and hold JCPC and JPC harmless from and against all costs, claims, expenses, and damages incurred in connection with or arising out of this MRFE or the performance or non-performance of their duties under this MRFE. This indemnity includes, without limitation, disbursements and attorneys' fees either paid to retain attorneys or representing the hourly billing rates with respect to legal services rendered by JCPC to itself. In addition to the above this indemnity also includes for any current joint venture agreements with any relevant parties.

BY SIGNING THIS MRFE EACH UNDERSIGNED DOES THEREBY ACKNOWLEDGE AND WARRANT:

That this MRFE was first carefully read in its entirety by or to her/him/it, and was and is understood and known to be a full and final settlement, release, accord and satisfaction and discharge of all claims, actions and causes of action and suits, as above stated; that said MRFE was signed and executed voluntarily and without reliance upon any statement or representation of or by any releasee, or any representative, agent, or client of same, concerning the nature, degree and extent of any said damages, loss or injuries, or legal liability therefor; that said contains the entire agreement of and between all of the parties mentioned therein, and that all of the terms and provisions of said MRFE are contractual and not a mere recital; that each undersigned is of legal age and capacity and competent to sign and execute said release and accepts full responsibility therefor.

[EXECUTED ON FOLLOWING PAGE]

Page 1 of 3

READ, AGREED TO AND EXECUTED this _____ day of March 2024.

By: _____

Hannah Prakash, Member
Capital Pure Assets, LTD

By: _____

Thomas Gavin, Member
CC Technology Corporation

**NOTARY**

**NOTARY**

State of Nevada )
            ) ss:
County of Clark )

State of _____)
                                    ) ss:
County of _____)

I, _____, a Notary Public in and for said County and in said State, hereby certify that Hannah Prakash, whose name is signed to the forgoing document and who is known to me, acknowledged before me on this day that, being informed of the contents of the document, she, with full authority, executed the same voluntarily.

I, _____, a Notary Public in and for said County and in said State, hereby certify that Thomas Gavin, whose name is signed to the forgoing document and who is known to me, acknowledged before me on this day that, being informed of the contents of the document, she, with full authority, executed the same voluntarily.

Given under my hand this __ day of March, 2024

Given under my hand this __ day of March, 2024

_____

Notary Public in and for the
State of Nevada

_____

Notary Public in and for the
State of _____.

(SEAL)

(SEAL)

Page 2 of 3

# <u>WIRING INSTRUCTIONS</u>

## <u>Wire Instructions for CC Technology Corporation</u>

| | |
|---|---|
| **Beneficiary Bank** | **: JPMorgan Chase** |
| **Branch Office** | **: 270 Park Avenue New York, NY 10017** |
| **Amount** | **: $324,240.00** |
| **Domestic Wire Transfer ABA** | **: 021000021** |
| **International Wire Transfer JPM** | **: 021000021** |
| **SWIFT Code** | **: CHASUS33** |
| **Address** | **: JPMorgan Chase** |
| | **  270 Park Avenue** |
| | **  New York, New York 10017** |
| **Wire Transfer Routing Number** | **: 021000021** |
| **Beneficiary Account Number** | **: ▮▮▮▮4751** |
| **Checking Routing number** | **: 021000021** |
| **Beneficiary Name** | **: CC Technology Corporation** |
| **Beneficiary Address** | **: 7804 W College Drive, Suite 2SW** |
| **Contact** | **: Thomas Gavin** |
| **Phone** | **: ▮▮▮▮▮▮▮** |
| **Email** | **: Tgavin@cannatrac.com** |

Page 3 of 3