# EXHIBIT M

Declaration of David B. Barney, Esq.

Stephen R. Hackett, Esq.
Nevada Bar No.: 5010
David B. Barney, Esq.
Nevada Bar No.: 14681
SKLAR WILLIAMS PLLC
410 South Rampart Boulevard, Suite 350
Las Vegas, Nevada 89145
Telephone: (702) 360-6000
Facsimile: (702) 360-0000
Email: shackett@sklar-law.com
        dbarney@sklar-law.com
*Attorneys for Defendant/Counterclaimant*
*CC Technology Corporation*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CAPITAL PURE ASSETS, LTD, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CC TECHNOLOGY CORPORATION, a Colorado corporation; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-00680-RFB-NJK<br><br>**DECLARATION OF DAVID B. BARNEY, ESQ. IN SUPPORT OF DEFENDANT/COUNTERCLAIMANT CC TECHNOLOGY CORPORATION'S MOTION FOR PRELIMINARY INJUNCTION OR, IN THE ALTERNATIVE, TO COMPEL DEPOSIT OF ESCROW FUNDS WITH THE COURT** |
| CC TECHNOLOGY CORPORATION, a Colorado corporation,<br><br>Counterclaimant,<br>v.<br><br>CAPITAL PURE ASSETS, LTD, a Nevada limited liability company; SHIVA PRAKASH, an individual; HANNAH DAWN PRAKASH, an individual; VIKHYAT PRAKASH, an individual; JAMES CHRISMAN, P.C., a Nevada professional corporation; JAMES P. CHRISMAN, an individual; DOES 1 through 10, inclusive; and ROE ENTITIES I through X, inclusive,<br><br>Counter-defendants. | |

1

I, DAVID B. BARNEY, ESQ., declare as follows:

1.     I am over the age of eighteen and an attorney duly licensed to practice law in the State of Nevada.

2.     I am an attorney with the law firm Sklar Williams PLLC, counsel for the Defendant and Counterclaimant in this matter, CC Technology Corporation ("CCTC"). I make this Declaration in that capacity, upon my own personal knowledge, and in support of CCTC's Motion for Preliminary Injunction or, in the Alternative, to Compel Deposit of Escrow Funds with the Court (the "Motion"). If called upon to testify to the matters set forth in this Declaration, I could and would competently do so.

3.     On March 28, 2024, I sent a final demand letter to Capital Pure Assets, LTD ("Capital Pure") and Chrisman, seeking a resolution of this matter and the return of the escrow funds to CCTC, which was sent by e-mail to Capital Pure, Chrisman, Shiva Prakash, Hannah Dawn Prakash, and Vikhyat Prakash. A true and correct copy of such e-mail correspondence, containing the final demand letter, is attached to the Motion as **Exhibit N**. The following day, a copy of the letter was also sent to the aforementioned individuals, by Certified Mail.

4.     Instead of sending the funds back to CCTC as demanded, Capital Pure filed suit and its attorney at the time sent an e-mail advising that the escrow funds would be returned to CCTC. Capital Pure's counsel also asked if I would accept service of the Complaint filed against CCTC. A true and correct copy of such correspondence is attached to the Motion as **Exhibit O**.

5.     After several days had passed without CCTC receiving the escrow funds as promised, my co-counsel in this matter, Stephen Hackett, e-mailed Capital Pure's previous counsel to request a status update on the return of the escrow funds. After initially stating he would "check on the escrow funds," and Mr. Hackett following up once again, Capital Pure's counsel stated that Capital Pure "has reconsidered its position on the escrow and objects to the escrow amount being returned." A true and correct copy of this correspondence is attached to the Motion as **Exhibit P**. While Capital Pure's counsel promised more details in the coming weeks, I am informed and believe that no update or any refund of the escrow funds was ever given.

6.     On August 1, 2024, I visited the website of Capital Pure, at

2

www.capitalpureassets.com. The website has two pages, and true and correct screenshots of those pages are attached to the Motion as **Exhibit Q**. Also on August 1, 2024, I conducted an internet search of the address listed for Capital Pure on its website, and it appears to be a UPS Store.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information and belief.

Dated August ___1st___, 2024.

_____

DAVID B. BARNEY, ESQ.