# EXHIBIT O

E-mail Correspondence dated April 8, 2024

| | |
|---|---|
| **From:** | Langberg, Mitchell |
| **To:** | David Barney |
| **Cc:** | Walther, Eric D. |
| **Subject:** | CPA and CCTC |
| **Date:** | Monday, April 08, 2024 11:47:02 AM |
| **Attachments:** | CPA vs. CCTC Complaint.pdf |

# External Email

Dear Mr. Barney,

I represent Capital Pure Assets, LTD and its members.  I write in response to your March 28, 2024, letter to my clients.

The contention that CCTC "complied with all of its obligations under the JV Agreement" is demonstrably false for many reasons, including that they never brought a project to Capital Pure Assets that met the parameters which the parties had discussed and was actually sufficiently tangible to fulfill all of the transaction procedures under the JVA.  In fact, it is CCTC that made misrepresentations about project viability and status—particularly with respect to the Timber Development—and breached the JVA, depriving Capital Pure Assets of valuable investment opportunities that CCTC had led it to believe were ready for investment.

It is clear that our clients (and their counsel) have dramatically different views of the parties' relative rights and obligations under the JVA.  The gap in those viewpoints, including which way the damages should flow, makes it clear that simply arguing back and forth by letter will not serve anybody and will only result in unnecessary delay and expense.  Therefore, Capital Pure Assets has filed the attached lawsuit.  Please let me know by close of business Tuesday whether you are authorized to accept service on behalf of your client.

In the meantime, although the escrow funds are far less than the damages Capital Pure Assets has incurred, and even though it is not clear that your clients have complied with the terms for cancelling the escrow, this issue will be an unnecessary distraction to the larger issues in this lawsuit.  Therefore, Capital Pure Assets will instruct the Escrow that it does not object to the release of the escrow funds and that they should be returned to the source account from which they were sent:

JPMorgan Chase
**Wire Transfer Routing Number : 021000021**
**Beneficiary Account Number : ▮▮▮▮4751**
**Checking Routing number : 021000021**
**Beneficiary Name : CC Technology Corporation**
**Beneficiary Address : 7804 W College Drive, Suite 2SW**
**Contact : Thomas Gavin**
**Phone : ▮▮▮▮▮▮▮▮**
**Email : Tgavin@cannatrac.com**

If you would like to discuss this matter further, please feel free to call.

Mitch

*Mitchell J. Langberg*
**Brownstein Hyatt Farber Schreck, LLP**
100 North City Parkway, Suite 1600
Las Vegas, NV 89106
702.464.7098 tel
mlangberg@bhfs.com