# EXHIBIT P

E-mail Correspondence dated April 8-25, 2024

| | |
|---|---|
| **From:** | Langberg, Mitchell |
| **To:** | Steve Hackett |
| **Cc:** | Walther, Eric D.; David Barney; Jessica Uriostegui |
| **Subject:** | RE: CPA and CCTC |
| **Date:** | Thursday, April 25, 2024 4:21:09 PM |
| **Attachments:** | image001.png |
| | Waiver of the Service of Summons(28134913.2).pdf |
| | Notice of a Lawsuit and Request to Waive Service of Summons(28134911.2).pdf |

## External Email

Steve,

I have been discussing this issue with my client.  It has reconsidered its position on the escrow and objects to the escrow amount being returned, even if a proper request had been made (which it has not).  We will get back to you with more details in the next week or so.

In the meantime, attached is a waiver of service form.  Obviously, sending this by email does not include what is required under FRCP 4(d) (such as another copy of the complaint, prepaid means to return, etc).  I can have all of those delivered to your office, unless you tell me that it is unnecessary.

Mitch

### Mitchell J. Langberg
**Brownstein Hyatt Farber Schreck, LLP**
100 North City Parkway, Suite 1600
Las Vegas, NV 89106
702.464.7098 tel
mlangberg@bhfs.com

**From:** Steve Hackett <shackett@sklar-law.com>
**Sent:** Wednesday, April 24, 2024 5:10 PM
**To:** Langberg, Mitchell <mlangberg@bhfs.com>
**Cc:** Walther, Eric D. <ewalther@bhfs.com>; David Barney <dbarney@sklar-law.com>; Jessica Uriostegui <juriostegui@sklar-law.com>
**Subject:** RE: CPA and CCTC

Mitch:

Following up on the below.  CC Technology Corporation has yet to receive the escrow funds.

May we please get an update on the status of the return of those funds?

Thank you,

Stephen R. Hackett, Esq.
Sklar Williams PLLC
410 South Rampart Boulevard, Suite 350

1

Las Vegas, Nevada 89145
Telephone: (702) 360-6000
Facsimile: (702) 360-0000
shackett@sklar-law.com



This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confiden ial informa ion that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby no ified that any disclosure, copying, distribution, or use of any of the information contained in or attached to this transmission is prohibited. If you have received this transmission in error, please immediately notify us by reply e-mail, by forwarding  his to admin@sklar-law com, or by telephone at (702) 360-6000, and destroy the original transmission and its attachments without reading or saving them in any manner. Any tax advice contained in this e-mail was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under  he Internal Revenue Code of 1986, as amended. Thank you.

**From:** Langberg, Mitchell <mlangberg@bhfs.com>
**Sent:** Wednesday, April 10, 2024 6:32 PM
**To:** Steve Hackett <shackett@sklar-law.com>
**Cc:** Walther, Eric D. <ewalther@bhfs.com>; David Barney <dbarney@sklar-law.com>; John Fayeghi <jfayeghi@sklar-law.com>; Jessica Uriostegui <juriostegui@sklar-law.com>
**Subject:** Re: CPA and CCTC

## External Email

Shall we move to Mitch and Steve?

I will check on the escrow funds.

Mitch


*Mitchell J. Langberg*
**Brownstein Hyatt Farber Schreck, LLP**
100 North City Parkway, Suite 1600
Las Vegas, NV 89106
702.464.7098 tel
mlangberg@bhfs.com

...


On Apr 10, 2024, at 6:12 PM, Steve Hackett <shackett@sklar-law.com> wrote:

Mr. Langberg:

I am in receipt of your emails below to David Barney of our office with regard to this matter. In response to your inquiry about service of process, we are authorized to accept service on behalf of CC Technology Corporation ("CCTC"). Please prepare an appropriate Acceptance of Service for my review and execution on behalf of CCTC.

Also, notwithstanding your statement below that "Capital Pure Assets will instruct the Escrow that it does not object to the release of the escrow funds and that they should be returned to the source account from which they were sent," I am advised that CCTC has yet to receive return of the escrow funds. Please advise at your earliest convenience when the escrow funds will be returned to CCTC.

If you have any questions, or wish to discuss this matter further, please feel free to contact me.

Stephen R. Hackett, Esq.
Sklar Williams PLLC
410 South Rampart Boulevard, Suite 350
Las Vegas, Nevada 89145
Telephone: (702) 360-6000
Facsimile: (702) 360-0000
shackett@sklar-law.com

<image001.png>

This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confiden ial informa ion that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribu ion, or use of any of he information contained in or attached to his transmission is prohibited. If you have received this transmission in error, please immediately no ify us by reply e-mail, by forwarding this to admin@sklar-law com, or by telephone at (702) 360-6000, and destroy the original transmission and its attachments without reading or saving them in any manner. Any tax advice contained in this e-mail was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under the Internal Revenue Code of 1986, as amended. Thank you.

Begin forwarded message:

**From:** "Langberg, Mitchell" <mlangberg@bhfs.com>
**Date:** April 10, 2024 at 12:28:54 PM GMT-10
**To:** David Barney <dbarney@sklar-law.com>
**Cc:** John Fayeghi <jfayeghi@sklar-law.com>, "Walther, Eric D." <ewalther@bhfs.com>
**Subject: Fwd: CPA and CCTC**

**External Email**

3

Mr. Barney,

Because I received your out of office email, I am checking back to see whether your client wants your to accept service on its behalf. I will wait another day to hear from you before we start service efforts.

Thanks,

Mitch

**Mitchell J. Langberg**
**Brownstein Hyatt Farber Schreck, LLP**
100 North City Parkway, Suite 1600
Las Vegas, NV 89106
702.464.7098 tel
mlangberg@bhfs.com

…

Begin forwarded message:

> **From:** "Langberg, Mitchell" <mlangberg@bhfs.com>
> **Date:** April 8, 2024 at 11:46:30 AM PDT
> **To:** dbarney@sklar-law.com
> **Cc:** "Walther, Eric D." <ewalther@bhfs.com>
> **Subject: CPA and CCTC**
>
> Dear Mr. Barney,
>
> I represent Capital Pure Assets, LTD and its members. I write in response to your March 28, 2024, letter to my clients.
>
> The contention that CCTC "complied with all of its obligations under the JV Agreement" is demonstrably false for many reasons, including that they never brought a project to Capital Pure Assets that met the parameters which the parties had discussed and was actually sufficiently tangible to fulfill all of the transaction procedures under the JVA. In fact, it is CCTC that made misrepresentations about project viability and status—particularly with respect to the Timber Development—and breached the JVA, depriving Capital Pure Assets of valuable investment opportunities that CCTC had led it to believe were ready for investment.

4

It is clear that our clients (and their counsel) have dramatically different views of the parties' relative rights and obligations under the JVA. The gap in those viewpoints, including which way the damages should flow, makes it clear that simply arguing back and forth by letter will not serve anybody and will only result in unnecessary delay and expense. Therefore, Capital Pure Assets has filed the attached lawsuit. Please let me know by close of business Tuesday whether you are authorized to accept service on behalf of your client.

In the meantime, although the escrow funds are far less than the damages Capital Pure Assets has incurred, and even though it is not clear that your clients have complied with the terms for cancelling the escrow, this issue will be an unnecessary distraction to the larger issues in this lawsuit. Therefore, Capital Pure Assets will instruct the Escrow that it does not object to the release of the escrow funds and that they should be returned to the source account from which they were sent:

JPMorgan Chase
**Wire Transfer Routing Number : 021000021**
**Beneficiary Account Number : ▮▮▮4751**
**Checking Routing number : 021000021**
**Beneficiary Name : CC Technology Corporation**
**Beneficiary Address : 7804 W College Drive, Suite 2SW**
**Contact : Thomas Gavin**
**Phone : ▮▮▮▮▮▮**
**Email : Tgavin@cannatrac.com**

If you would like to discuss this matter further, please feel free to call.

Mitch

*Mitchell J. Langberg*
**Brownstein Hyatt Farber Schreck, LLP**
100 North City Parkway, Suite 1600
Las Vegas, NV 89106
702.464.7098 tel
mlangberg@bhfs.com

5