# EXHIBIT Q

Screenshots of Capital Pure Assets, LTD
Website

