MITCHELL J. LANGBERG, ESQ.
Nevada Bar No. 10118
mlangberg@bhfs.com
ERIC D. WALTHER, ESQ.
Nevada Bar No. 13611
ewalther@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV  89106-4614
Telephone:  702.382.2101
Facsimile:   702.382.8135

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CAPITAL PURE ASSETS, LTD, a Nevada limited liability company,<br><br>*Plaintiff,*<br><br>v.<br><br>CC TECHNOLOGY CORPORATION, a Colorado corporation; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive,<br><br>*Defendants*, | CASE NO.:  2:24-cv-00680-RFB-NJK<br><br>***EX PARTE* MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND [PROPOSED] ORDER GRANTING MOTION** |

Plaintiff Capital Pure Assets, Ltd.'s ("Capital Pure") former counsel Eric D. Walther, Esq. of Brownstein Hyatt Farber Schreck, LLP ("Brownstein"), hereby requests to be removed from the CM/ECF Service List in the above captioned case.  On July 16, 2024, the Court granted a Substitution of Attorney that substituted the law firm Albright, Stoddard, Warnick & Albright as counsel of record for Capital Pure in the place and stead of Brownstein.  ECF No. 17.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Because Brownstein is no longer counsel of record for Capital Pure, there is good cause to remove the following email addresses from the CM/ECF Service List: ewalther@bhfs.com (Mr. Walther's email address) and wcosby@bhfs.com (Mr. Walther's assistant's email address).

DATED this 6th day of August, 2024.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

*/s/ Eric D. Walther*

MITCHELL J. LANGBERG, ESQ.
Nevada Bar No. 10118
abult@bhfs.com
ERIC D. WALTHER, ESQ.
Nevada Bar No. 13611
ewalther@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV  89106-4614
Telephone:  702.382.2101
Facsimile:   702.382.8135

**ORDER**

IT IS SO ORDERED.

DATED this ___ day of _____, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

2

## <u>CERTIFICATE OF SERVICE</u>

Pursuant to Fed. R. Civ. P. 5(b), and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP, and that the foregoing ***EX PARTE* MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND [PROPOSED] ORDER GRANTING MOTION** was served via electronic service on August 6, 2024.

*/s/ Dominique Hoskins*
Dominique Hoskins, an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP

3