# EXHIBIT "3"

# ESCROW AGREEMENT

Transaction Number
JVA:CPACCTECH50M

This ESCROW AGREEMENT ("AGREEMENT") is made on  July 5th 2023, by and among  CC Technology Corporation, a Corporation Incorporated in Colorado with EIN Number ███ ███████, legally represented by Mr. Thomas E Gavin IV, and Mr. Terrence M Patton,  hereinafter referred to as the "JV PARTNERS " or "JV Partners"), and CAPITAL PURE ASSETS LTD, a Nevada Limited Liability Company with Escrow Account ("Investor/Escrow")

**WHEREAS**, Investor to issue and monetize clean collateral in the form of Standby Letter of Credit (SBLC) for the benefit of JV partner's companies globally. Subject to the terms and conditions set forth in the JV Agreement with transaction code JVA:CPACCTECH50M.

**WHEREAS** ESCROW is authorized to act as the ESCROW hereunder in accordance with the laws of the State of Nevada thereunder; and

**WHEREAS**, JV Partner and Investor desire that ESCROW act as the ESCROW for banking fee payment for SBLC processing

**NOW, THEREFORE**, in consideration of the covenants and conditions contained herein and other good and valuable consideration, the parties hereby agree as follows:

**1.     ESTABLISHMENT OF THE ESCROW ACCOUNT.**

1.1. ESCROW has established an ESCROW account for the purpose of holding the Deposit made by JV PARTNER pursuant to that certain JV agreement for the issuance of clean collateral and monetization of SBLC (the "JV Agreement"). The ESCROW account is entitled Capital Pure Assets Ltd – Treasury/ESCROW ("ESCROW Account"). The account number is ███████5558 at American Express Bank in Salt Lake City, Utah.

1.2   ESCROW has designated the following attorney to serve as signatory: James P. Chrisman, Esquire, Nevada Bar Number 2676, James Chrisman, P.C. Who is an AV rated attorney licensed to practice in the United States Supreme Court, the 9th Circuit Court of Appeals, Nevada, and several other jurisdictions. The Escrow's address is 2251 N. Rampart Blvd, Las Vegas, NV, 89128, USA

1.3 ESCROW and all authorized signatories hereby submit to the jurisdiction of the State of Nevada and its Courts for any cause of action arising out of this Agreement or otherwise concerning the maintenance of or release of the Deposit from Escrow.

1

JC   TMP   ⟨signature⟩ TEG

1.4 ESCROW is not the INVESTOR, Selling Agent, Managing Agent (as those terms are defined in the JV Agreement), or any principal thereof, nor does the ESCROW have any beneficial interest in any of the foregoing other than acting as the ESCROW.

## 2.    DEPOSITS INTO THE ESCROW ACCOUNT.

2.1 All Deposits received from JV PARTNER prior to closing, whether in the form of checks, drafts, money orders, wire transfers, or other instruments which identify the payor, shall be placed into the ESCROW Account in US Dollars. All instruments to be placed into the ESCROW Account shall be made payable directly to the order of Capital Pure Assets Ltd – Escrow/ Treasury account, as INVESTOR, pursuant to the terms set forth in the JV Agreement and all conveyances shall be designated as such. Any instrument payable to, or endorsed other than as required hereby, and which cannot be deposited into said ESCROW Account, shall be returned to JV PARTNER and or promptly, but in no event more than five (5) business days following receipt of such instrument by ESCROW. In the event of such return of the Deposit, the instrument shall be deemed not to have been delivered to ESCROW pursuant to the terms of this Agreement.

2.2 Within two (2) business days after the JV Agreement has been tendered to ESCROW along with the DEPOSIT, ESCROW shall place the DEPOSIT into said ESCROW Account. Within one (1) business days of placing the DEPOSIT in the ESCROW Account.

## 3.    RELEASE OF FUNDS

3.1 Under no circumstances shall INVESTOR seek or accept release of the Deposit of JV PARTNER to INVESTOR until after consummation of the JV Agreement, as evidenced by the acceptance of the requisite documents set forth therein.

3.2 ESCROW shall release the Deposit to INVESTOR as directed:

3.2.1 pursuant to the terms and conditions set forth in the JV Agreement and this Agreement, upon receipt of (a) An MT799 issued from Investor's Bank to Monetizer Bank; (b) A Term Sheet from the Monetization Partner; and (c) An MT799/MT199 Issued from the Monetizer's Bank to the Investor's Bank or

3.2.2 in a subsequent writing signed by both JV Partner, and Investor; or

3.2.3 by a final, non-appealable order or judgment of a court.

3.3 If ESCROW is not directed to release the Deposit pursuant to paragraph 3.2 above, and ESCROW receives a request by either INVESTOR or JV PARTNER, to release the Deposit, then ESCROW must give both the JV PARTNER, and INVESTOR prior written notice of not fewer than thirty (30) business days before releasing the Deposit. If ESCROW has not received notice of objection to the release of the Deposit prior to the expiration of said thirty (30) day period, the Deposit shall be released, and ESCROW shall provide further written notice to all parties JV PARTNER, and INVESTOR informing them of said release. If ESCROW receives a written notice from either JV PARTNER or INVESTOR objecting to the release of the Deposit

2

within said thirty (30) day period, ESCROW shall continue to hold the Deposit until otherwise directed pursuant to paragraph 3.2 above. Notwithstanding the foregoing, ESCROW shall have the right at any time to deposit the Deposit contained in the ESCROW Account with the Clerk of the county where the Bank is located and shall give written notice to both INVESTOR, and JV PARTNER, of such deposit.

## 4.    RECORD KEEPING.

4.1 ESCROW shall maintain all records concerning the ESCROW Account for two years after release of the Deposit.

## 5.    GENERAL OBLIGATIONS OF PAYMASTER.

5.1 ESCROW shall maintain the ESCROW Account under its direct supervision and control.

5.2 A fiduciary relationship shall exist between ESCROW and Investor / JV partner, and ESCROW acknowledges its fiduciary and statutory obligations.

5.3 ESCROW may rely upon any paper or document which may be submitted to it in connection with its duties under this Agreement and which is believed by ESCROW to be genuine and to have been signed or presented by the proper party or parties and shall have no liability or responsibility with respect to the form, execution, or validity thereof.

## 6.    RESPONSIBILITIES OF INVESTOR.

6.1 INVESTOR agrees that it shall not interfere with Escrow performance of its fiduciary duties and statutory obligations as set forth herein.

## 7.    TERMINATION OF AGREEMENT.

7.1 This Agreement shall remain in effect unless and until it is canceled by either:

7.1.1 Written notice given by INVESTOR to ESCROW of cancellation of designation of ESCROW to act in said capacity, which cancellation shall take effect only upon the filing of an amendment to the JV Agreement with the Department of Law providing for a successor ESCROW that meets the requirements set forth in applicable regulations of the Nevada State Department of Law. JV PARTNER, and shall be deemed to have consented to such cancellation.

7.1.2 A cancellation fee of 0.5% will be charged and withdrawn from said ESCROW account prior to the return of the amount deposited.

3

8.      **SUCCESSORS AND ASSIGNS.**

This Agreement shall be binding upon INVESTOR, JV Partner, and ESCROW and their respective successors and assigns.

9.      **GOVERNING LAW.**

This Agreement shall be construed in accordance with and governed by the laws of the State of Nevada.

10.     **PAYMASTER'S COMPENSATION.**

As part of the release of the Deposit for payment, ESCROW fees and disbursements in the amount of 1.5 % of the amount deposited shall be deducted from the Deposit and paid directly to the ESCROW.

11.     **SEVERABILITY.**

If any provision of this Agreement or the application thereof to any person or circumstance is determined to be invalid or unenforceable, the remaining provisions of this Agreement or the application of such provision to other persons or to other circumstances shall not be affected thereby and shall be valid and enforceable to the fullest extent permitted by law.

12.     **INDEMNIFICATION.**

INVESTOR, JV PARTNER, agree to defend, indemnify, and hold ESCROW harmless from and against all costs, claims, expenses, and damages incurred in connection with or arising out of this Agreement or the performance or non-performance of ESCROW'S duties under this Agreement. This indemnity includes, without limitation, disbursements and attorneys' fees either paid to retain attorneys or representing the hourly billing rates with respect to legal services rendered by ESCROW to itself.

13.     **ENTIRE AGREEMENT.**

This Agreement constitutes the entire agreement between the parties with respect to the subject matter herein.

14.     **SEVERABILITY.**

If any provision of this Agreement or the application thereof to any person or circumstance is determined to be invalid or unenforceable, the remaining provisions of this Agreement or the application of such provision to other persons or to other circumstances shall not be affected thereby and shall be valid and enforceable.

**{Signatures on following page}**

4

**IN WITNESS WHEREOF**, the undersigned have executed this Agreement as of the day and year first written above.

ESCROW: James Chrisman Professional Corp

By: *James Chrisman*

Name:  James Chrisman ESQ
Title:   Director


INVESTOR: Capital Pure Assets LTD

Name:  Mrs. Hannah Dawn Prakash
Title:   CEO

For and on behalf of CC Technology - JV Partner as of the Effective Date:

*Thomas E Gavin IV*

Name:  Mr. Thomas E Gavin IV
Title:   CEO

For and on behalf of CC Technology - JV Partner as of the Effective Date:

*Terrence M. Patton*

Name:  Mr. Terrence M Patton
Title:    Chairman of The Board

## <u>*Annex 1*</u>

The total processing fees of the SBLC as follows.
0.672 % x $50,000,000 = $ 336,000
Total                        = $ 336,000

*Details of Bank Co-ordinates*
*Account: Capital Pure Assets LLC – Treasury/Escrow*
*Corporate Address: 2251 N rampart Blvd, #325. Las Vegas NV 89128*
*Attorney: Mr. JAMES CHRISMAN*
*Bank Name: American Express*
*Bank Address: P.O. Box 30381 SALT LAKE CITY, UT 84130 US*
*Account Number:* ▇▇▇▇▇*5558 Routing Number: 124303243*

**INVESTOR Escrow Passport**

