# EXHIBIT A

Declaration of Thomas Gavin

Stephen R. Hackett, Esq.
Nevada Bar No.: 5010
David B. Barney, Esq.
Nevada Bar No.: 14681
SKLAR WILLIAMS PLLC
410 South Rampart Boulevard, Suite 350
Las Vegas, Nevada 89145
Telephone: (702) 360-6000
Facsimile:  (702) 360-0000
Email: shackett@sklar-law.com
          dbarney@sklar-law.com
*Attorneys for Defendant/Counterclaimant*
*CC Technology Corporation*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CAPITAL PURE ASSETS, LTD, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CC TECHNOLOGY CORPORATION, a Colorado corporation; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-00680-NJK<br><br>**DECLARATION OF THOMAS GAVIN IN SUPPORT OF DEFENDANT/ COUNTERCLAIMANT CC TECHNOLOGY CORPORATION'S INITIAL BRIEF ON ORDER TO SHOW CAUSE** |
| CC TECHNOLOGY CORPORATION, a Colorado corporation,<br><br>Counterclaimant,<br><br>v.<br><br>CAPITAL PURE ASSETS, LTD, a Nevada limited liability company; SHIVA PRAKASH, an individual; HANNAH DAWN PRAKASH, an individual; VIKHYAT PRAKASH, an individual; JAMES CHRISMAN, P.C., a Nevada professional corporation; JAMES P. CHRISMAN, an individual; DOES 1 through 10, inclusive; and ROE ENTITIES I through X, inclusive,<br><br>Counter-defendants. | |

1

I, THOMAS GAVIN, declare as follows:

1.    I am a member of the Board of Directors of Cannatrac Financial Corp. and an advisor to CC Technology Corporation ("CCTC"), the Defendant and Counterclaimant in this lawsuit.  I was also the company's Chief Executive Officer from December 2018, until May 31, 2024.

2.    I make this Declaration in support of CCTC's Initial Brief on Order to Show Cause, requesting that the Court adjudicate this lawsuit on its merits.  I have personal knowledge of the facts set forth herein, except for those made and based upon information and belief, and as to those matters, I believe them to be true.  If called upon to testify to the matters set forth in this Declaration, I could and would competently do so.

3.    CCTC provides technology consulting services and serves as the distributor of the "CannaCard."  The CannaCard is a cashless payment and rewards system that can be used in the cannabis industry.  However, CannaCard can also be used—and is actively being used—as a cashless payment and rewards system for a variety of industries not related to cannabis, including food, retail, and other services.

4.    CannaCard is a payment processing application, or "app," that functions in a manner similar to a downloadable gift card and simply allows consumers to purchase and earn rewards for purchasing a variety of goods and services.  It also allows businesses to advertise through "Push Notifications" and other common electronic advertising methods.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information and belief.

Dated this 4th day of September.



Signed by:

THOMAS GAVIN

2