UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CAPITAL PURE ASSETS, LTD., <br>     Plaintiff(s), <br> v. <br> CC TECHNOLOGY CORPORATION, <br>     Defendant(s). | Case No. 2:24-cv-00680-NJK <br><br> **Order** <br><br> [Docket No. 43] |

Pending before the Court is a motion to withdraw as counsel for Plaintiff/Counter-Defendant Capital Pure Assets, Ltd. and for Counter-Defendants Shiva Prakash, Hannah Dawn Prakash, Vikhyat Prakash, James Chrisman, P.C., and James P. Chrisman. Docket No. 43. Any response to the motion to withdraw must be filed by October 15, 2024, and any reply must be filed by October 17, 2024. The Court **SETS** an in-person hearing on the motion to withdraw for 3:00 p.m. on October 23, 2024, in Courtroom 3C. In addition to counsel, the Court **ORDERS** that Shiva Prakash, Hannah Dawn Prakash, Vikhyat Prakash, and James P. Chrisman must appear in-person for the hearing. With respect to Capital Pure Assets, Ltd. and James Chrisman, P.C., the parties are advised that counsel must be retained in the event the motion to withdraw is granted and substituting counsel has not already been identified. *United States v. High Country Broad. Co.*, 3 F.3d 1244, 1245 (9th Cir. 1993).

The Court also **ORDERS** as follows:

- Attorneys Kyle Fenton, Daniel Ormsby, and G. Mark Albright must immediately serve their motion (and supporting declaration) on Counter-Defendants.[1] Attorneys Kyle Fenton,

---

[1] The proof of service attached to the motion does not reflect service on the clients. *See* Docket No. 43 at 8.

1

Daniel Ormsby, and G. Mark Albright must also serve Counter-Defendants with a copy of this order. A proof of service must be filed by October 3, 2024.

- The Court extends the initial expert deadline, the rebuttal expert deadline, the discovery cutoff, the dispositive motion deadline, and the joint proposed pretrial order deadline as follows:

  > Amend pleadings/ add parties: closed
  > Initial experts: November 18, 2024
  > Rebuttal experts: December 16, 2024
  > Discovery cutoff: January 15, 2025
  > Dispositive motions: February 14, 2025
  > Joint proposed pretrial order: March 17, 2025, or 30 days after resolution of dispositive motions

- The Court does **not** herein extend any other deadline.

IT IS SO ORDERED.

Dated: October 2, 2024

_____
Nancy J. Koppe
United States Magistrate Judge