**G. MARK ALBRIGHT, ESQ.**
Nevada Bar No.: 001394
**DANIEL R. ORMSBY, ESQ.**
Nevada Bar No.: 014595
**KYLE W. FENTON, ESQ**.
Nevada Bar No.: 016235
**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**
801 South Rancho Drive, Suite D4
Las Vegas, Nevada 89106
Telephone: (702) 384-7111
Facsimile: (702) 384-0605
gma@albrightstoddard.com
dormsby@albrightstoddard.com
kfenton@albrightstoddard.com

*Attorneys for Plaintiff/Counter-defendants,*
Capital Pure Assets, LTD.; Shiva Prakash;
Hannah Dawn Prakash; Vikhyat Prakash;
James Chrisman, P.C.; James P. Chrisman

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CAPITAL PURE ASSETS, LTD, a Nevada limited liability company,<br><br>Plaintiff(s),<br><br>vs.<br><br>CC TECHNOLOGY CORPORATION, a Colorado corporation; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive,<br>Defendant(s). | Case No.  2:24-cv-00680-NJK<br><br>**PROOF OF SERVICE OF MOTION TO WITHDRAWAL AS COUNSEL OF RECORD FOR PLAINTIFF AND COUNTER-DEFENDANTS ECF [43]; and COURT ORDER ECF [45] PURSUANT TO COURT ORDER ECF [45]** |
| CC TECHNOLOGY CORPORATION, a Colorado corporation,<br><br>Counterclaimant,<br><br>vs.<br><br>CAPITAL PURE ASSETS, LTD, a Nevada limited liability company; SHIVA PRAKASH, an individual; HANNAH DAWN PRAKASH, an individual; VIKHYAT PRAKASH, an individual; JAMES CHRISMAN, P.C. a Nevada professional corporation; JAMES P. CHRISMAN an individual; DOES I through 10, inclusive; and ROE ENTITIES I through X, inclusive,<br><br>Counter-defendants. | |

**PROOF OF SERVICE OF MOTION TO WITHDRAWAL AS COUNSEL OF RECORD FOR PLAINTIFF AND COUNTER-DEFENDANTS ECF [43]; and COURT ORDER ECF [45] PURSUANT TO COURT ORDER ECF [45]**

I HEREBY CERTIFY that I am an employee of ALBRIGHT, STODDARD, WARNICK & ALBRIGHT and that on this 3rd day of October, 2024, Pursuant to Court Order ECF 45, service was made by the following mode/method a true and correct copy of the foregoing:

| EXHIBIT | Document | ECF # | Date Filed |
|---|---|---|---|
| 1. | **MOTION TO WITHDRAWAL AS COUNSEL OF RECORD FOR PLAINTIFF AND COUNTER-DEFENDANTS** | 43 | 09/30/2024 |
| 2. | **COURT ORDER** | 45 | 10/02/2024 |

to the following person(s) and entities:

**CAPITAL PURE ASSETS, LTD.,**
C/O Shiva Prakash
2251 North Rampart Blvd., Ste. 325
Las Vegas, NV 89128
(702) 755-7233
Shiva1863@gmail.com
   X   Regular U.S. Mail
   X   Certified Return Receipt Requested
   X   Electronic Mail

**SHIVA PRAKASH**
2251 North Rampart Blvd., Ste. 325
Las Vegas, NV 89128
(702) 755-7233
Shiva1863@gmail.com
   X   Regular U.S. Mail
   X   Certified Return Receipt Requested
   X   Electronic Mail

**HANNAH DAWN PRAKASH**
2251 North Rampart Blvd., Ste. 325
Las Vegas, NV 89128
(702) 757-8818
hannah@capitalpureassets.com
   X   Regular U.S. Mail
   X   Certified Return Receipt Requested
   X   Electronic Mail

**VIKHYAT PRAKASH**
2251 North Rampart Blvd., Ste. 325
Las Vegas, NV 89128
(702) 755-7233
   X   Regular U.S. Mail
   X   Certified Return Receipt Requested
   ____   Electronic Mail

**JAMES CHRISMAN, P.C.**
**C/O James Chrisman**

8924 Spanish Ridge Ave.
Las Vegas, NV 89136
james@jameschrisman.com

_X_ Regular U.S. Mail
_X_ Certified Return Receipt Requested__
_X_ Electronic Mail


**JAMES P. CHRISMAN**

8924 Spanish Ridge Ave.
Las Vegas, NV 89136
james@jameschrisman.com

_X_ Regular U.S. Mail
_X_ Certified Return Receipt Requested__
_X_ Electronic Mail


DATED this _3_ day of October, 2024

ALBRIGHT, STODDARD, WARNICK & ALBRIGHT

G. MARK ALBRIGHT, ESQ. (1394)
KYLE W. FENTON, ESQ. (16235)
DANIEL R. ORMSBY, ESQ. (14595)
801 S. Rancho Drive, Suite D-4
Las Vegas, Nevada 89106
gma@albrightstoddard.com
dormsby@albrightstoddard.com
kfenton@albrightstoddard.com
_Attorneys for Plaintiff/Counter-defendants_
_CAPITAL PURE ASSETS, LTD_
_SHIVA PRAKASH_
_HANNAH DAWN PRAKASH_
_VIKYAT PRAKASH_
_JAMES CHRISMAN, P.C._
_JAMES P. CHRISMAN_

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of ALBRIGHT, STODDARD, WARNICK & ALBRIGHT and that on this <u>3rd</u> day of October, 2024, service was made by the following mode/method a true and correct copy of the foregoing **PROOF OF SERVICE OF MOTION TO WITHDRAWAL AS COUNSEL OF RECORD FOR PLAINTIFF AND COUNTER-DEFENDANTS ECF [43]; and COURT ORDER ECF [45] PURSUANT TO COURT ORDER ECF [45],** to the following person(s):

STEPHEN R. HACKET, ESQ.
DAVID B. BARNEY, ESQ.
410 South Rampart Blvd., Ste. 350
Las Vegas, NV 89145
Telephone:  (702) 360-6000
Facsimile:  (702) 360-0000
shackett@sklar-law.com
dbarney@sklar-law.com
*Attorneys for Defendant/Counterclaimant*
*CC Technology Corporation*

|   | Certified Mail |
|---|---|
| X | Electronic Filing/Service |
|   | Email |
|   | Facsimile |
|   | Hand Delivery |
|   | Regular Mail |

//s// *Phyllis P. Cameron*
An employee of Albright, Stoddard, Warnick & Albright

- 4 -

## Phyllis Cameron

| | |
|---|---|
| **From:** | Phyllis Cameron |
| **Sent:** | Thursday, October 3, 2024 12:26 PM |
| **To:** | shiva1863@gmail.com; Hannah Prakash; James Chrisman (james@jameschrisman.com) |
| **Cc:** | Mark Albright; Kyle Fenton |
| **Subject:** | Capital Pure v. CC Technology, et.al. / 2:24-cv-00680-NJK / PROOF OF SERVICE of Motion to Withdrawal as Counsel [43]; and Court Order [45] |
| **Attachments:** | 2024-10-03 POS of Mot to WD & Order to clients. pleading & exs. to be mailed & e-mailed to clients.pdf |

Hello Shiva, Hannah, Vikhyat and James P. Chrisman:

I hope this email finds you well.

As we have all discussed in great detail, please find attached:

**MOTION TO WITHDRAWAL AS COUNSEL OF RECORD FOR PLAINTIFF AND COUNER-DEFENDANTS / ECF [43]; and**
**COURT ORDER / ECF [45].**

**IMPORTANT / Per the Court Order,** Shiva, Hannah, Vikhyat and James **must appear in person,** at the hearing set for Motion to Withdrawal as Counsel of Record, as follows:
Date of Hearing:      **10/23/2024 at 3:00 p.m**.
Location:           **U.S. District Court**, Lloyd D. George Courthouse, Courtroom 3C, 333 S. Las Vegas Blvd., Las Vegas, NV 89101
         *With respect to Capital Pure and James Chrisman, P.C., the parties must retain counsel.

**\*Please review the attached exhibits thoroughly and place this event on your calendars.**

Further, the same documents that are attached to this email will also be sent to you via regular mail and certified mail, to your last known address(es).

If you have any questions, as always, please feel free to reach out to us.

Thank you!

*Respectfully,*



Paralegal to
G. Mark Albright, Esq.

**AS Albright Stoddard Warnick & Albright**

801 South Rancho Drive, Suite D-4
Las Vegas, Nevada  89106
T:  (702) 384-7111

pcameron@albrightstoddard.com
www.albrightstoddard.com

**CERTIFIED MAIL**

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Ensure items 1, 2, and 3 are completed.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature: ( ☐ Addressee or ☐ Agent)<br>**X** |
| | B. Received By: (Printed Name)  \|  C. Date of Delivery |
| 1. Article Addressed to:<br><br>JAMES P. CHRISMAN<br>8924 SPANISH RIDGE AVE<br>LAS VEGAS NV 89148-1302 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br><br>☑ Certified Mail® |

9490 9112 0620 5499 1628 78

2. Article Number (Transfer from service label)

9414 7112 0620 5499 1628 36

PS Form 3811 Facsimile, July 2015 (SDC 3930)    Domestic Return Receipt



$11.54⁰
US POSTAGE
FIRST-CLASS
FROM 89106
10/04/2024
☒ Stamps

062S0014950463

9414 7112 0620 5499 1628 36

JAMES P. CHRISMAN
8924 SPANISH RIDGE AVE
LAS VEGAS NV 89148-1302

**SENDER: COMPLETE THIS SECTION**

- Ensure items 1, 2, and 3 are completed.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

JAMES CHRISMAN, P.C.
c/o JAMES P. CHRISMAN
8924 SPANISH RIDGE AVE
LAS VEGAS NV 89148-1302

9490 9112 0620 5499 1607 68

2. Article Number (Transfer from service label)

9414 7112 0620 5499 1607 57

PS Form 3811 Facsimile, July 2015 (SDC 3930)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: ( ☐ Addressee or ☐ Agent)

X

B. Received By: (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:            ☐ No

3. Service Type

☑ Certified Mail®

Domestic Return Receipt

**CERTIFIED MAIL**



$11.54⁰
US POSTAGE
FIRST-CLASS
FROM 89106
10/04/2024
☐ Stamps

062S0014950484

9414 7112 0620 5499 1607 57

JAMES CHRISMAN, P.C.
c/o JAMES P. CHRISMAN
8924 SPANISH RIDGE AVE
LAS VEGAS NV 89148-1302

CERTIFIED MAIL

CERTIFIED MAIL

stamps.com°
★ 1-UP Laser Form ★
★★USA CMF-134 (08/23) ★

**SENDER: COMPLETE THIS SECTION**

- Ensure items 1, 2, and 3 are completed.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**1. Article Addressed to:**

VIKHYAT PRAKASH
2251 N RAMPART BLVD PMB 325
LAS VEGAS NV 89128-7640

9490 9112 0620 5499 1755 02

**2. Article Number** *(Transfer from service label)*

9414 7112 0620 5499 1755 22

PS Form 3811 Facsimile, July 2015 (SDC 3930)

**COMPLETE THIS SECTION ON DELIVERY**

**A. Signature:** ( ☐ Addressee or ☐ Agent)

X

**B. Received By:** *(Printed Name)*

**C. Date of Delivery**

**D. Is delivery address different from item 1?**  ☐ Yes
If YES, enter delivery address below:  ☐ No

**3. Service Type**

☑ Certified Mail®

Domestic Return Receipt



CERTIFIED MAIL

$11.54⁰
US POSTAGE
FIRST-CLASS
FROM 89106
10/03/2024
☐ Stamps

0625001495O460

9414 7112 0620 5499 1755 22

VIKHYAT PRAKASH
2251 N RAMPART BLVD PMB 325
LAS VEGAS NV 89128-7640

CERTIFIED MAIL

stamps.com®

★ 1-UP Laser Form ★
★ ⅛USA CMF-134 08/23 ★

CERTIFIED MAIL

**SENDER:** COMPLETE THIS SECTION

- ■ Ensure items 1, 2, and 3 are completed.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SHIVA PRAKASH
2251 N RAMPART BLVD PMB 325
LAS VEGAS NV 89128-7640

9400 9112 0620 5499 1720 75

2. Article Number (Transfer from service label)

9414 7112 0620 5499 1720 33

PS Form 3811 Facsimile, July 2015 (SDC 3930)

COMPLETE THIS SECTION ON DELIVERY

A. Signature: ( ☐ Addressee or ☐ Agent)

X

B. Received By: (Printed Name) | C. Date of Delivery

D. Is delivery address different from Item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type

☑ Certified Mail®

Domestic Return Receipt

**CERTIFIED MAIL**



$11.54
US POSTAGE
FIRST-CLASS
FROM 89106
10/03/2024
☒ Stamps

9414 7112 0620 5499 1720 33

SHIVA PRAKASH
2251 N RAMPART BLVD PMB 325
LAS VEGAS NV 89128-7640

stamps.com

* 1-UP Laser Form *
*¼USA CMF - 134 01/23 *

CERTIFIED MAIL

CERTIFIED MAIL







**SENDER:** COMPLETE THIS SECTION

- Ensure items 1, 2, and 3 are completed.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**1. Article Addressed to:**

CAPITAL PURE ASSETS
C/O SHIVA PRAKASH
2251 N RAMPART BLVD PMB 325
LAS VEGAS NV 89128-7640

9490 9112 0620 5499 1790 77

**2. Article Number** *(Transfer from service label)*

9414 7112 0620 5499 1780 35

PS Form 3811 Facsimile, July 2015 (SDC 3930)

COMPLETE THIS SECTION ON DELIVERY

**A. Signature:** *( ☐ Addressee or ☐ Agent)*

X

**B. Received By:** *(Printed Name)*

**C. Date of Delivery**

**D.** Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

**3. Service Type**

☑ Certified Mail®

Domestic Return Receipt

CERTIFIED MAIL

$11.54⁰
US POSTAGE
FIRST-CLASS
FROM 89106
10/03/2024
☐ Stamps

062S0014950484

9414 7112 0620 5499 1780 35

CAPITAL PURE ASSETS
C/O SHIVA PRAKASH
2251 N RAMPART BLVD PMB 325
LAS VEGAS NV 89128-7640

CERTIFIED MAIL

CERTIFIED MAIL

**SENDER: COMPLETE THIS SECTION**

- ■ Ensure items 1, 2, and 3 are completed.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

**1. Article Addressed to:**

HANNA DAWN PRAKASH
2251 N RAMPART BLVD PMB 325
LAS VEGAS NV 89128-7640

9490 9112 0620 5499 1995 08

**2. Article Number** *(Transfer from service label)*

9414 7112 0620 5499 1995 28

PS Form 3811 Facsimile, July 2015 (SDC 3930)

**COMPLETE THIS SECTION ON DELIVERY**

**A. Signature:** ( ☐ *Addressee or* ☐ *Agent)*

X

| B. Received By: *(Printed Name)* | C. Date of Delivery |
|---|---|

**D.** Is delivery address different from Item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

**3. Service Type**

☑ Certified Mail®

Domestic Return Receipt

## CERTIFIED MAIL



$11.54⁰
US POSTAGE
FIRST-CLASS
FROM 89106
10/03/2024
☐ Stamps

062S0001443243

9414 7112 0620 5499 1995 28

HANNA DAWN PRAKASH
2251 N RAMPART BLVD PMB 325
LAS VEGAS NV 89128-7640

LAW OFFICES

**Albright, Stoddard, Warnick & Albright**

A PROFESSIONAL CORPORATION

QUAIL PARK SUITE D-4

801 SOUTH RANCHO DRIVE

LAS VEGAS, NEVADA 89106



$2.59⁰
US POSTAGE
FIRST-CLASS
FROM 89106
10/03/2024
Stamps

CAPITAL PURE ASSETS, LTD.,
C/O Shiva Prakash
2251 N RAMPART BLVD PMB 325
LAS VEGAS NV 89128-7640

LAW OFFICES

## Albright, Stoddard, Warnick & Albright

A PROFESSIONAL CORPORATION

QUAIL PARK SUITE D-4

801 SOUTH RANCHO DRIVE

LAS VEGAS, NEVADA 89106



$2.59⁰
US POSTAGE
FIRST-CLASS
FROM 89106
10/04/2024
▯ Stamps

SHIVA PRAKASH
2251 N RAMPART BLVD PMB 325
LAS VEGAS NV 89128-7640

LAW OFFICES

**Albright, Stoddard, Warnick & Albright**

A PROFESSIONAL CORPORATION

QUAIL PARK SUITE D-4

801 SOUTH RANCHO DRIVE

LAS VEGAS, NEVADA 89106



$2.59⁰
US POSTAGE
FIRST-CLASS
FROM 89106
10/04/2024
◻ Stamps

VIKHYAT PRAKASH
2251 N RAMPART BLVD PMB 325
LAS VEGAS NV 89128-7640

LAW OFFICES
**Albright, Stoddard, Warnick & Albright**
A PROFESSIONAL CORPORATION
QUAIL PARK SUITE D-4
801 SOUTH RANCHO DRIVE
LAS VEGAS, NEVADA 89106



$2.59⁰
US POSTAGE
FIRST-CLASS
FROM 89106
10/04/2024
Stamps

HANNAH DAWNPRAKASH
2251 N RAMPART BLVD PMB 325
LAS VEGAS NV 89128-7640

LAW OFFICES

**Albright, Stoddard, Warnick & Albright**

A PROFESSIONAL CORPORATION

QUAIL PARK SUITE D-4

801 SOUTH RANCHO DRIVE

LAS VEGAS, NEVADA 89106



$2.59 0
US POSTAGE
FIRST-CLASS
FROM 89106
10/04/2024
Stamps

J,
8
L

JAMES CHRISMAN
8924 SPANISH RIDGE AVE
LAS VEGAS NV 89148-1302

LAW OFFICES

**Albright, Stoddard, Warnick & Albright**

A PROFESSIONAL CORPORATION

QUAIL PARK SUITE D-4

801 SOUTH RANCHO DRIVE

LAS VEGAS, NEVADA 89106



$2.59⁰
US POSTAGE
FIRST-CLASS
FROM 89106
10/04/2024
Stamps

JAMES P. CHRISMAN, P.C
C/O James Chrisman
8924 SPANISH RIDGE AVE
LAS VEGAS NV 89148-1302