Joseph R. Ganley (5643)
Piers R. Tueller (14633)
Ramez A. Ghally (15225)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel: (702) 385-2500
Fax: (702) 385-2086
jganley@hutchlegal.com
ptueller@hutchlegal.com
rghally@hutchlegal.com

*Attorneys for Plaintiff/Counter-defendants
Capital Pure Assets, Ltd., Shiva Prakash,
Hannah Dawn Prakash, Vikhyat Prakash,
James Chrisman, P.C., and James P. Chrisman*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CAPITAL PURE ASSETS, LTD., a Nevada limited liability company, | Case No.: 2:24-cv-00680-NJK |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| CC TECHNOLOGY CORPORATION, a Colorado corporation; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 20, inclusive, | |
| Defendants. | |
| CC TECHNOLOGY CORPORATION, a Colorado corporation, | |
| Counterclaimant, | |
| vs. | |
| CAPITAL PURE ASSETS, LTD., a Nevada limited liability company; SHIVA PRAKASH, an individual; HANNAH DAWN PRAKASH, an individual; VIKHYAT PRAKASH, an individual; JAMES CHRISMAN, P.C. a Nevada professional corporation; JAMES P. | |

CHRISMAN, and individual; DOES 1 through 10, inclusive; and ROE ENTITIES 1 through X, inclusive,

Counter-defendants.

To:    The Clerk of Court and all Parties of Record:

PLEASE TAKE NOTICE that the undersigned attorney Piers R. Tueller, Esq. files this Notice of Appearance for plaintiff/counter-defendants Capital Pure Assets, Ltd., Shiva Prakash, Hannah Dawn Prakash, Vikhyat Prakash, James Chrisman, P.C., and James P. Chrisman and requests that copies of all future notices given or required to be given in this case, and all papers, pleadings, and correspondence served or required to be served in this case, be provided to and served upon the undersigned.

DATED this 10th day of October, 2024.

HUTCHISON & STEFFEN, PLLC

*/s/ Piers R. Tueller*

_____

Joseph R. Ganley (5643)
Piers R. Tueller (14633)
Ramez A. Ghally (15225)
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145

*Attorneys for Plaintiff/Counter-defendants*
*Capital Pure Assets, Ltd., Shiva Prakash,*
*Hannah Dawn Prakash, Vikhyat Prakash,*
*James Chrisman, P.C., and James P. Chrisman*

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Hutchison & Steffen, PLLC, and that on this 10th day of October, 2024, I caused a copy of **NOTICE OF APPEARANCE** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Heather Bennett*

An employee of Hutchison & Steffen, PLLC