UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CAPITAL PURE ASSETS, LTD., <br>     Plaintiff(s), <br> v. <br> CC TECHNOLOGY CORPORATION, <br>     Defendant(s). | Case No. 2:24-cv-00680-NJK <br><br> **Order** <br><br> [Docket No. 43] |

    Pending before the Court is a motion to withdraw as counsel for Plaintiff/Counter-Defendant Capital Pure Assets, Ltd. and for Counter-Defendants Shiva Prakash, Hannah Dawn Prakash, Vikhyat Prakash, James Chrisman, P.C., and James P. Chrisman.  Docket No. 43. Counsel thereafter filed notices of appearance for these parties.  Docket Nos. 47-49.  Accordingly, the Court construes the motion to withdraw as a request to substitute counsel and, as so construed, the Court **GRANTS** the motion.  The Court **VACATES** the hearing set for October 23, 2024.

    IT IS SO ORDERED.

    Dated: October 10, 2024

                                                                              Nancy J. Koppe <br>
                                                                 United States Magistrate Judge