UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CAPITAL PURE ASSETS, LTD.,<br>    Plaintiff(s),<br>v.<br>CC TECHNOLOGY CORPORATION,<br>    Defendant(s). | Case No. 2:24-cv-00680-NJK<br>**ORDER**<br>[Docket No. 51] |

Pending before the Court is a stipulation to extend the discovery cutoff and subsequent case management deadlines because the parties reached a settlement.  Docket No. 51.  For good cause shown, the stipulation is **GRANTED**.  Case management deadlines are **RESET** as follows:

- Amend pleadings/ add parties:  closed
- Initial experts:  closed
- Rebuttal experts:  closed
- Discovery cutoff:  February 14, 2025
- Dispositive motions:  March 17, 2025
- Joint proposed pretrial order:  April 16, 2025, or 30 days after resolution of dispositive motions

The parties must file a joint status report regarding settlement by February 7, 2025, if dismissal papers have not yet been filed by that date.

IT IS SO ORDERED.

Dated: January 15, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

1