Stephen R. Hackett, Esq.
Nevada Bar No.: 5010
David B. Barney, Esq.
Nevada Bar No.: 14681
SKLAR WILLIAMS PLLC
410 South Rampart Boulevard, Suite 350
Las Vegas, Nevada 89145
Telephone: (702) 360-6000
Facsimile:  (702) 360-0000
Email: shackett@sklar-law.com
        dbarney@sklar-law.com
*Attorneys for Defendant/Counterclaimant*
*CC Technology Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CAPITAL PURE ASSETS, LTD, a Nevada limited liability company,<br><br>       Plaintiff,<br><br>v.<br><br>CC TECHNOLOGY CORPORATION, a Colorado corporation; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive,<br><br>       Defendants. | Case No. 2:24-cv-00680-NJK<br><br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT** |
| CC TECHNOLOGY CORPORATION, a Colorado corporation,<br><br>       Counterclaimant,<br><br>v.<br><br>CAPITAL PURE ASSETS, LTD, a Nevada limited liability company; SHIVA PRAKASH, an individual; HANNAH DAWN PRAKASH, an individual; VIKHYAT PRAKASH, an individual; JAMES CHRISMAN, P.C., a Nevada professional corporation; JAMES P. CHRISMAN, an individual; DOES 1 through 10, inclusive; and ROE ENTITIES I through X, inclusive,<br><br>       Counter-defendants. | |

1

Pursuant to the Court's Order of January 15, 2025 (ECF No. 52), Plaintiff and Counter-defendants Capital Pure Assets, Ltd, Shiva Prakash, Hannah Dawn Prakash, Vikhyat Prakash, James Chrisman, P.C., and James P. Chrisman (collectively, "Counter-defendants"), and Defendant/Counterclaimant CC Technology Corporation ("CCTC"), by and through their undersigned counsel of record, submit this Joint Status Report regarding Settlement.

### A.  <u>Action Required by the Court:</u>

On January 15, 2025, the parties filed a Stipulation and Order to Extend Discovery Deadline (First Request) (ECF No. 51; the "Stipulation"), in which they jointly requested that the Court extend the discovery cut-off date, as well as deadlines triggered by the discovery cut-off date, by one month. ECF No. 51, at 6, 8. The reason for the parties' request was that they reached an agreement to settle this case on December 23, 2024, and that they required additional time to finalize the settlement documents. *Id.* at 5–6. On January 15, 2025, the Court entered an Order granting the Stipulation (ECF No. 52), which modified the case deadlines as requested. The Court also ordered the parties to file a joint status report regarding settlement by February 7, 2025, if dismissal papers have not yet been filed by that date. ECF No. 52.

### B.  <u>Joint Status Report:</u>

As set forth in the Stipulation, the parties reached a settlement agreement on December 23, 2024. ECF No. 51, at 5–6. Since that date, the parties have prepared, circulated, and negotiated the written documents which fully memorialize the parties' settlement agreement. The parties are in full agreement as to the terms of the settlement documents and are in the process of executing those documents. Due to prolonged international travel and ongoing medical procedures, Counter-defendants anticipate being able to execute and deliver the settlement documents to CCTC within the next 10 days for its execution thereof. CCTC requests that the Court set a status check regarding settlement for February 18, 2024, or as soon thereafter as possible, at which time the parties shall update the Court on the progress of settlement if a stipulation for dismissal is not filed beforehand, or the parties do not otherwise advise the Court that the status check is no longer necessary.

/ / /

2

This Joint Status Report regarding Settlement is submitted pursuant to the Court's Order dated January 15, 2025 (ECF No. 52).  Each signature hereto affirms that to the best of the signer's knowledge, information and belief, the disclosures made herein are complete and correct as of the date of this Joint Status Report.

Dated this 6th day of February, 2025.

HUTCHISON & STEFFEN, PLLC

_/s/ Ramez A. Ghally_____
Joseph R. Ganley, Esq. (NBN: 5643)
Piers R. Tueller, Esq. (NBN: 14633)
Ramez A. Ghally, Esq. (NBN: 15225)
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
*Attorneys for Plaintiff and Counter-defendants*
*Capital Pure Assets, Ltd, Shiva Prakash,*
*Hannah Dawn Prakash, Vikhyat Prakash,*
*James Chrisman, P.C., and James P. Chrisman*

Dated this 6th day of February, 2025.

SKLAR WILLIAMS PLLC

_/s/ David B. Barney_____
Stephen R. Hackett, Esq. (NBN: 5010)
David B. Barney, Esq. (NBN: 14681)
410 S. Rampart Blvd., Suite 350
Las Vegas, Nevada 89145
*Attorneys for Defendant/Counterclaimant*
*CC Technology Corporation*

### **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 6th day of February, 2025, a true and correct copy of the above and foregoing **JOINT STATUS REPORT REGARDING SETTLEMENT** was filed electronically with the Clerk of the Court by submission to the electronic filing and service system (CM/ECF) at the United States District Court, District of Nevada.  CM/ECF will provide copies to all parties and counsel of record registered to receive CM/ECF notification.

*/s/ Jessica Uriostegui*_____
An employee of Sklar Williams PLLC