Stephen R. Hackett, Esq.
Nevada Bar No.: 5010
David B. Barney, Esq.
Nevada Bar No.: 14681
SKLAR WILLIAMS PLLC
410 South Rampart Boulevard, Suite 350
Las Vegas, Nevada 89145
Telephone: (702) 360-6000
Facsimile:  (702) 360-0000
Email: shackett@sklar-law.com
        dbarney@sklar-law.com
*Attorneys for Defendant/Counterclaimant*
*CC Technology Corporation*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CAPITAL PURE ASSETS, LTD, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CC TECHNOLOGY CORPORATION, a Colorado corporation; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-00680-NJK<br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT (SECOND)** |
| CC TECHNOLOGY CORPORATION, a Colorado corporation,<br><br>Counterclaimant,<br><br>v.<br><br>CAPITAL PURE ASSETS, LTD, a Nevada limited liability company; SHIVA PRAKASH, an individual; HANNAH DAWN PRAKASH, an individual; VIKHYAT PRAKASH, an individual; JAMES CHRISMAN, P.C., a Nevada professional corporation; JAMES P. CHRISMAN, an individual; DOES 1 through 10, inclusive; and ROE ENTITIES I through X, inclusive,<br><br>Counter-defendants. | |

1

Pursuant to the Court's Minute Order dated February 7, 2025 (ECF No. 54), Plaintiff and Counter-defendants Capital Pure Assets, Ltd, Shiva Prakash, Hannah Dawn Prakash, Vikhyat Prakash, James Chrisman, P.C., and James P. Chrisman (collectively, "Counter-defendants"), and Defendant/Counterclaimant CC Technology Corporation ("CCTC"), by and through their undersigned counsel of record, hereby submit this Joint Status Report regarding Settlement (Second).

**A.      <u>Action Required by the Court</u>:**

On January 15, 2025, the parties filed a Stipulation and Order to Extend Discovery Deadline (First Request) (ECF No. 51; the "Stipulation"), in which they jointly requested that the Court extend the discovery cut-off date, as well as deadlines triggered by the discovery cut-off date, by one month.  ECF No. 51, at 6, 8.  The reason for the parties' request was that they reached an agreement to settle this case on December 23, 2024, and they required additional time to finalize the settlement documents.  *Id.* at 5–6.  On January 15, 2025, the Court entered an Order granting the Stipulation (ECF No. 52), which modified the case deadlines as requested.  The Court also ordered the parties to file a joint status report regarding settlement by February 7, 2025, if dismissal papers had not yet been filed by that date.  ECF No. 52.

On February 6, 2025, the parties filed a Joint Status Report regarding Settlement (ECF No. 53; the "First Status Report"), pursuant to the Court's order.  In the First Status Report, the parties confirmed that they entered into a settlement agreement, including completed settlement documents, and that they are in the process of executing those documents.  ECF No. 53, at 2.  On February 7, 2025, the Court entered a Minute Order (ECF No. 54) in which it ordered the parties to file, by February 18, 2025, either dismissal papers or a further status report regarding settlement.  Because the case has not yet been dismissed, the parties file this Status Report pursuant to the Court's Order dated February 7, 2025.

**B.      <u>Counter-defendant's Position</u>:**

The parties are continuing to work to gather the signatures of all parties and anticipate that this will be concluded shortly.  Once the settlement documents have been fully executed, the parties shall file a joint stipulation for dismissal.

2

**C.    CCTC's Position:**

CCTC understands that it should have the signatures of all Counter-defendants on the settlement documents within the next day or two.  Once all settlement documents are fully executed and certain conditions precedent are satisfied as set forth therein, the parties will promptly file a stipulation for dismissal of this case.  If dismissal papers are not filed by the close of business on Thursday, February 20, 2025, CCTC intends to file a motion to enforce settlement and for sanctions against the Counter-defendants the following day.

This Joint Status Report regarding Settlement (Second) is submitted pursuant to the Court's Order dated February 7, 2025 (ECF No. 54).  Each signature hereto affirms that to the best of the signer's knowledge, information and belief, the disclosures made herein are complete and correct as of the date of this Joint Status Report.

Dated this 18th day of February, 2025.          Dated this 18th day of February, 2025.

HUTCHISON & STEFFEN, PLLC                    SKLAR WILLIAMS PLLC

*/s/ Piers R. Tueller*_____              */s/ David B. Barney*_____
Joseph R. Ganley, Esq. (NBN: 5643)           Stephen R. Hackett, Esq. (NBN: 5010)
Piers R. Tueller, Esq. (NBN: 14633)          David B. Barney, Esq. (NBN: 14681)
Ramez A. Ghally, Esq. (NBN: 15225)           410 S. Rampart Blvd., Suite 350
Peccole Professional Park                    Las Vegas, Nevada 89145
10080 West Alta Drive, Suite 200             *Attorneys for Defendant/Counterclaimant*
Las Vegas, Nevada 89145                      *CC Technology Corporation*
*Attorneys for Plaintiff and Counter-defendants*
*Capital Pure Assets, Ltd, Shiva Prakash,*
*Hannah Dawn Prakash, Vikhyat Prakash,*
*James Chrisman, P.C., and James P. Chrisman*

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 18th day of February, 2025, a true and correct copy of the above and foregoing **JOINT STATUS REPORT REGARDING SETTLEMENT (SECOND)** was filed electronically with the Clerk of the Court by submission to the electronic filing and service system (CM/ECF) at the United States District Court, District of Nevada. CM/ECF will provide copies to all parties and counsel of record registered to receive CM/ECF notification.

 */s/ Jessica Uriostegui*
An employee of Sklar Williams PLLC