# EXHIBIT 3

Correspondence dated February 24, 2025

| | |
|---|---|
| **From:** | David Barney |
| **Sent:** | Monday, February 24, 2025 10:10 AM |
| **To:** | Piers R. Tueller |
| **Cc:** | Ramez Ghally; Heather Shepherd; David M. Doto, Esq., LL.M.; Joseph R. Ganley; Steve Hackett; Jessica Uriostegui |
| **Subject:** | RE: Capital Pure Assets, Ltd. v. CC Technology Corporation - Deficient Discovery Responses |

Hi, Piers.

Please let us know the status of this and when we can expect to receive the check and CoJ, so we can move forward with the settlement. If we don't have it by the close of business tomorrow, we will have no choice but to file a motion to enforce.

Thank you,

David B. Barney
**SKLAR WILLIAMS**
— **PLLC** —
LAW OFFICES
410 South Rampart Boulevard, Suite 350
Las Vegas, Nevada 89145
(702) 360-6000   Fax: (702) 360-0000
E-Mail: dbarney@sklar-law.com





**CLIENT CHAMPION**
G O L D / **2025**

**From:** Piers R. Tueller <ptueller@hutchlegal.com>
**Sent:** Thursday, February 20, 2025 9:59 PM
**To:** David Barney <dbarney@sklar-law.com>
**Cc:** Ramez Ghally <rghally@hutchlegal.com>; Heather Shepherd <hshepherd@hutchlegal.com>; David M. Doto, Esq., LL.M. <ddoto@hutchlegal.com>; Joseph R. Ganley <JGanley@hutchlegal.com>; Steve Hackett <shackett@sklar-law.com>; Jessica Uriostegui <juriostegui@sklar-law.com>
**Subject:** Re: Capital Pure Assets, Ltd. v. CC Technology Corporation - Deficient Discovery Responses

## External Email

Hi David,

Sorry for the delay, I was straight out today on another matter. I'll reach out to my clients for an update.

1

Best,

---

**From:** David Barney <dbarney@sklar-law.com>
**Sent:** Thursday, February 20, 2025 5:43 PM
**To:** Piers R. Tueller <ptueller@hutchlegal.com>
**Cc:** Ramez Ghally <rghally@hutchlegal.com>; Heather Shepherd <hshepherd@hutchlegal.com>; David M. Doto, Esq., LL.M. <ddoto@hutchlegal.com>; Joseph R. Ganley <JGanley@hutchlegal.com>; Steve Hackett <shackett@sklar-law.com>; Jessica Uriostegui <juriostegui@sklar-law.com>
**Subject:** RE: Capital Pure Assets, Ltd. v. CC Technology Corporation - Deficient Discovery Responses

Dear all,

Checking in on the status of this.  Will we have the check and CoJ by tomorrow?

Thank you,

David B. Barney
**SKLAR WILLIAMS**
—— PLLC ——
LAW OFFICES
410 South Rampart Boulevard, Suite 350
Las Vegas, Nevada 89145
(702) 360-6000 ⫿ Fax: (702) 360-0000
E-Mail: dbarney@sklar-law.com

 



**From:** David Barney
**Sent:** Wednesday, February 19, 2025 3:29 PM
**To:** Piers R. Tueller <ptueller@hutchlegal.com>
**Cc:** Ramez Ghally <rghally@hutchlegal.com>; Heather Shepherd <hshepherd@hutchlegal.com>; David M. Doto, Esq., LL.M. <ddoto@hutchlegal.com>; Joseph R. Ganley <JGanley@hutchlegal.com>; Steve Hackett <shackett@sklar-law.com>; Jessica Uriostegui <juriostegui@sklar-law.com>
**Subject:** RE: Capital Pure Assets, Ltd. v. CC Technology Corporation - Deficient Discovery Responses

Thank you very much, Piers.

David B. Barney
**SKLAR WILLIAMS**
—— PLLC ——
LAW OFFICES
410 South Rampart Boulevard, Suite 350
Las Vegas, Nevada 89145