# EXHIBIT 2

Email correspondence dated February 19, 2025

| | |
|---|---|
| **From:** | Piers R. Tueller <ptueller@hutchlegal.com> |
| **Sent:** | Wednesday, February 19, 2025 3:20 PM |
| **To:** | David Barney |
| **Cc:** | Ramez Ghally; Heather Shepherd; David M. Doto, Esq., LL.M.; Joseph R. Ganley; Steve Hackett; Jessica Uriostegui |
| **Subject:** | RE: Capital Pure Assets, Ltd. v. CC Technology Corporation - Deficient Discovery Responses |
| **Attachments:** | 2025-02-19 Mutual Release and Settlement Agreement - FULLY EXECUTED.pdf; 2025-02-18 Confession of Judgment - FULLY EXECUTED.pdf |

## External Email

Hi David,

Attached is the fully executed Settlement Agreement and a copy of the fully executed Confession of Judgment.  Once we have the Initial Payment check from CPA we will have a runner deliver both the check and the original Confession of Judgment to your office.

Thanks,

**From:** David Barney <dbarney@sklar-law.com>
**Sent:** Wednesday, February 19, 2025 9:42 AM
**To:** Piers R. Tueller <ptueller@hutchlegal.com>
**Cc:** Ramez Ghally <rghally@hutchlegal.com>; Heather Shepherd <hshepherd@hutchlegal.com>; David M. Doto, Esq., LL.M. <ddoto@hutchlegal.com>; Joseph R. Ganley <JGanley@hutchlegal.com>; Steve Hackett <shackett@sklar-law.com>; Jessica Uriostegui <juriostegui@sklar-law.com>
**Subject:** RE: Capital Pure Assets, Ltd. v. CC Technology Corporation - Deficient Discovery Responses

Dear Piers and all,

Attached please find a copy of the Settlement Agreement, which has been signed by CCTC.  We will look out for a fully signed version from Counter-defendants, including executed copies of the exhibits and the Initial Payment, which must be delivered to our office.

Sincerely,

David B. Barney
**SKLAR WILLIAMS**
—— **PLLC** ——
LAW OFFICES
410 South Rampart Boulevard, Suite 350
Las Vegas, Nevada 89145
(702) 360-6000    Fax: (702) 360-0000
E-Mail: dbarney@sklar-law.com

1