# EXHIBIT 4

Email correspondence dated February 18, 2025

| | |
|---|---|
| **From:** | David Barney |
| **Sent:** | Tuesday, February 18, 2025 4:49 PM |
| **To:** | 'Piers R. Tueller' |
| **Cc:** | Ramez Ghally; Heather Shepherd; David M. Doto, Esq., LL.M.; Joseph R. Ganley; Steve Hackett; Jessica Uriostegui |
| **Subject:** | RE: Capital Pure Assets, Ltd. v. CC Technology Corporation - Deficient Discovery Responses |

Hi, Piers.

We believe our changes are necessary and appropriate, given the following:

- It's been almost a month and a half since we sent the final version of the settlement agreement, which your clients agreed to;
- A couple of weeks ago, you advised that Vik and Hannah had signed the document, but you were waiting on Shiva and Chrisman to sign, based on medical issues and international travel, respectively (this is memorialized in our first Status Report);
- Just last week, your clients advised that they do not intend to move forward with the already agreed upon settlement terms;
- Now, you advised that you have Chrisman's signatures and Shiva would be in your office today, but somehow, the delay is now based on an inability to reach Hannah and Vik.

Especially given the history between the parties and the nature of the case, we will not accept a moving target with no end in sight, notwithstanding the fact that we've had a fully agreed upon settlement for over a month.

With regard to our client's signature, we discussed your clients providing a fully executed copy, at which time our client will countersign. Based on where we are at this point, I have asked our client to sign and will have that to you tomorrow, if not tonight.

If you are not agreeable to the language in the status report, I'd suggest that we break it up into Counter-defendant's Position and CCTC's Position, as we previously had it, and I will incorporate your portion into that. Otherwise, we may need to file individual reports. Please let me know how you all would like to proceed.

Sincerely,

David B. Barney
**SKLAR WILLIAMS**
—— **PLLC** ——
LAW OFFICES
410 South Rampart Boulevard, Suite 350
Las Vegas, Nevada 89145
(702) 360-6000   Fax: (702) 360-0000
E-Mail: dbarney@sklar-law.com

