Joseph R. Ganley (5643)
Piers R. Tueller (14633)
Ramez A. Ghally (15225)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel: (702) 385-2500
Fax: (702) 385-2086
jganley@hutchlegal.com
ptueller@hutchlegal.com
rghally@hutchlegal.com

*Attorneys for Plaintiff/Counter-defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CAPITAL PURE ASSETS, LTD., a Nevada limited liability company,<br><br>            Plaintiff,<br><br>v.<br><br>CC TECHNOLOGY CORPORATION, a Colorado corporation; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 20, inclusive,<br><br>            Defendants. | Case No.:  2:24-cv-00680-NJK<br><br><br>**NOTICE OF COMPLIANCE** |
| CC TECHNOLOGY CORPORATION, a Colorado corporation,<br><br>            Counterclaimant,<br><br>vs.<br><br>CAPITAL PURE ASSETS, LTD., a Nevada limited liability company; SHIVA PRAKASH, an individual; HANNAH DAWN PRAKASH, an individual; VIKHYAT PRAKASH, an individual; JAMES CHRISMAN, P.C. a Nevada professional corporation; JAMES P. CHRISMAN, an individual;<br><br>            Counter-defendants. | |

Piers R. Tueller, Esq., of Hutchison & Steffen, PLLC, attorney for Plaintiff/Counter-defendants Capital Pure Assets, Ltd., Shiva Prakash, Hannah Dawn Prakash, Vikhyat Prakash, James Chrisman, P.C., and James P. Chrisman, hereby provides notice of their partial compliance with the Court's April 17, 2025, Order Granting Motion to Enforce Settlement and for Sanctions.  On April 21, 2025, by noon, the undersigned hand delivered the original Confession of Judgment to Defendant's counsel.  Based upon counsel's knowledge, information and belief the initial payment has not yet been tendered in accordance with the Court's order.

DATED this 21st day of April, 2025.

HUTCHISON & STEFFEN, PLLC

*/s/ Piers R. Tueller*

Joseph R. Ganley (5643)
Piers R. Tueller (14633)
Ramez A. Ghally (15225)
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145

*Attorneys for Plaintiff/Counter-defendants*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that I am an employee of Hutchison & Steffen, PLLC, and that on this 21st day of April, 2025, I caused a copy of **NOTICE OF COMPLIANCE** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Heather Shepherd*

_____
An employee of Hutchison & Steffen, PLLC