Stephen R. Hackett, Esq.
Nevada Bar No.: 5010
David B. Barney, Esq.
Nevada Bar No.: 14681
SKLAR WILLIAMS PLLC
410 South Rampart Boulevard, Suite 350
Las Vegas, Nevada 89145
Telephone: (702) 360-6000
Facsimile:  (702) 360-0000
Email: shackett@sklar-law.com
           dbarney@sklar-law.com
*Attorneys for Defendant/Counterclaimant*
*CC Technology Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CAPITAL PURE ASSETS, LTD, a Nevada limited liability company,<br><br>        Plaintiff,<br><br>v.<br><br>CC TECHNOLOGY CORPORATION, a Colorado corporation; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive,<br><br>        Defendants. | Case No. 2:24-cv-00680-NJK<br><br>**NOTICE OF NONCOMPLIANCE WITH COURT ORDER (ECF No. 62)** |
| CC TECHNOLOGY CORPORATION, a Colorado corporation,<br><br>        Counterclaimant,<br><br>v.<br><br>CAPITAL PURE ASSETS, LTD, a Nevada limited liability company; SHIVA PRAKASH, an individual; HANNAH DAWN PRAKASH, an individual; VIKHYAT PRAKASH, an individual; JAMES CHRISMAN, P.C., a Nevada professional corporation; JAMES P. CHRISMAN, an individual; DOES 1 through 10, inclusive; and ROE ENTITIES I through X, inclusive,<br><br>        Counter-defendants. | |

1

David B. Barney, Esq., of Sklar Williams PLLC, attorney for Defendant/Counterclaimant CC Technology Corporation ("CCTC") in the above-captioned matter, hereby files this Notice of Noncompliance with Court Order (ECF No. 62), and advises the Court as follows:

1.      Counter-defendants have failed to make the initial payment of $14,000 to CCTC, by delivering such amount to the law office of Sklar Williams PLLC, by noon (or any other time) on April 21, 2025, as required by the Court in its Order dated April 17, 2025 (ECF No. 62; hereinafter, the "Order");

2.      My office did receive the original copy of the confession of judgment signed by Counter-defendants Shiva Prakash and Capital Pure Assets, Ltd., which the Court ordered be delivered by noon on April 21, 2025, in the Order;

3.      Counter-defendants have failed to make the Quarterly Payment of $123,250 required to be made under the parties' settlement agreement, by the due date of April 1, 2025, or at any time thereafter (ECF No. 57-2, at 3 (Section 2(c));

4.      CCTC respectfully requests that the Court enforce the Counter-defendants' obligations under the settlement agreement, including requiring the Counter-defendants to (i) deliver the initial payment of $14,000 to the law office of Sklar Williams PLLC, and (ii) pay the first Quarterly Payment of $123,250 to CCTC, immediately. CCTC further requests that the Court order disbursement of the funds currently held in the Court's registry, in the amount of $336,000, to Sklar Williams PLLC, in accordance with the terms of the settlement agreement (ECF No. 57-2, at 3 (Section 2(b)), 14-16).

/ / /

/ / /

/ / /

2

5.    CCTC further requests, in accordance with the Order, that the Court enter an Order to Show Cause why the Counter-defendants should not be held in contempt for their failure to comply with the Court's orders (ECF No. 62, at 7), and that it impose additional sanctions against the Counter-defendants, by requiring them to reimburse CCTC for its reasonable attorneys' fees and costs incurred in connection with these matter, and any further matters including any contempt proceedings, which arise as a result of the Counter-defendants' failures to comply with the settlement agreement and/or the Court's orders.

Dated this 21st day of April, 2025.

SKLAR WILLIAMS PLLC

*/s/ David B. Barney*_____
Stephen R. Hackett, Esq.
Nevada Bar No.: 5010
David B. Barney, Esq.
Nevada Bar No.: 14681
410 South Rampart Blvd., Ste 350
Las Vegas, Nevada 89145
*Attorneys for Defendant/Counterclaimant*
*CC Technology Corporation*

3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 21st day of April, 2025, a true and correct copy of the above and foregoing **NOTICE OF NONCOMPLIANCE WITH COURT ORDER (ECF No. 62)** was filed electronically with the Clerk of the Court by submission to the electronic filing and service system (CM/ECF) at the United States District Court, District of Nevada. CM/ECF will provide copies to all parties and counsel of record registered to receive CM/ECF notification.

*/s/ David B. Barney*_____
An employee of Sklar Williams PLLC