UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CAPITAL PURE ASSETS, LTD.,<br>    Plaintiff(s),<br>v.<br>CC TECHNOLOGY CORPORATION,<br>    Defendant(s). | Case No. 2:24-cv-00680-NJK[1]<br><br>**ORDER** |

The Court ordered Counter-Defendants Capital Pure Assets, Ltd., Shiva Prakash, Hannah Dawn Prakash, Vikhyat Prakash, Chrisman, P.C., and James P. Chrisman to comply with their obligation under the settlement agreement to make an initial payment of $14,000 to CC Technology Corporation. Docket No. 62 at 7. The deadline to make that initial payment expired at noon on April 21, 2025. *Id.* Counter-Defendants violated that order. *See* Docket No. 64 (notice of non-compliance); *see also* Docket No. 63 (Counter-Defendants' notice of "partial" compliance).

In CC Technology Corporation's notice of non-compliance, requests are made for: issuance of an order to show cause why Counter-Defendants should not be held in contempt; imposition of sanctions, including attorney's fees and costs; enforcement of the settlement agreement requirement to make the initial payment; enforcement of the settlement agreement requirement to make the first quarterly payment; and disbursement to CC Technology Corporation of the funds held in the Court's registry. Docket No. 64 at 2-3.

Requests for relief from the Court must be presented in a motion supported by points and authorities. Local Rule 7-2(a). Requesting relief within a notice is not sufficient. Accordingly, the Court hereby **ORDERS** as follows: (1) CC Technology Corporation must file a proper motion supported by points and authorities, as well as robust argument as to each request being made, by

---

[1] On August 19, 2024, the case was referred to the undersigned magistrate judge on the parties' consent. Docket Nos. 27, 28.

1

April 23, 2025; (2) Counter-Defendants must file a fulsome response to the motion by April 24, 2025;[2] and (3) any reply must be filed by April 25, 2025.  In addition, the Court **SETS** an in-person hearing for 2:00 p.m. on April 29, 2025, in Courtroom 3C.  <u>Counter-Defendants Capital Pure Assets, Ltd., Shiva Prakash, Hannah Dawn Prakash, Vikhyat Prakash, Chrisman, P.C., and James P. Chrisman are **ORDERED** to appear in-person for that hearing.</u>[3]

**Failure to comply with this order may result in additional sanctions and/or the imposition of contempt-related remedies, including issuance of arrest warrants and remand into the custody of the United States Marshal Service.**

IT IS SO ORDERED.

Dated: April 22, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

---

[2] The briefing schedule set in this order controls, regardless of whether CMECF automatically generates a different deadline in the notice of electronic filing or on the docket. *See, e.g.*, Local Rule IC 3-1(d).

[3] Capital Pure Assets, Ltd. and Chrisman, P.C. must appear through an authorized representative.  The individual Counter-Defendants (Shiva Prakash, Hannah Dawn Prakash, Vikhyat Prakash, and James P. Chrisman) must all themselves appear.