# EXHIBIT 1

Declaration of Robert Lang

Stephen R. Hackett, Esq.
Nevada Bar No.: 5010
David B. Barney, Esq.
Nevada Bar No.: 14681
SKLAR WILLIAMS PLLC
410 South Rampart Boulevard, Suite 350
Las Vegas, Nevada 89145
Telephone: (702) 360-6000
Facsimile:  (702) 360-0000
Email: shackett@sklar-law.com
        dbarney@sklar-law.com
*Attorneys for Defendant/Counterclaimant*
*CC Technology Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CAPITAL PURE ASSETS, LTD, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CC TECHNOLOGY CORPORATION, a Colorado corporation; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-00680-NJK<br><br>**DECLARATION OF ROBERT LANG IN SUPPORT OF DEFENDANT/ COUNTERCLAIMANT CC TECHNOLOGY CORPORATION'S SECOND MOTION TO ENFORCE SETTLEMENT AND FOR SANCTIONS AGAINST COUNTER-DEFENDANTS** |
| CC TECHNOLOGY CORPORATION, a Colorado corporation,<br><br>Counterclaimant,<br><br>v.<br><br>CAPITAL PURE ASSETS, LTD, a Nevada limited liability company; SHIVA PRAKASH, an individual; HANNAH DAWN PRAKASH, an individual; VIKHYAT PRAKASH, an individual; JAMES CHRISMAN, P.C., a Nevada professional corporation; JAMES P. CHRISMAN, an individual; DOES 1 through 10, inclusive; and ROE ENTITIES I through X, inclusive,<br><br>Counter-defendants. | |

1

I, Robert Lang, declare as follows:

1.      I am the Chief Executive Officer of CC Technology Corporation ("CCTC"), the Defendant/Counterclaimant in the above-captioned lawsuit.  I make this Declaration in that capacity, and in support of CCTC's Second Motion to Enforce Settlement and for Sanctions against Counter-defendants (the "Motion").

2.      I make this Declaration based upon my own personal knowledge, and if called upon to testify to the matters set forth herein, I could and would competently do so.

3.      CCTC took out a loan to deliver the payment of $336,000 to the Counter-defendants, prior to this lawsuit being filed.  CCTC is still working to repay that loan, which has accrued significant interest, and it was planning to use the $336,000 received as part of its settlement of this case primarily for that purpose.  Because those funds have not been released based on the Counter-defendants' conduct, CCTC has not been able to repay the loan.

4.      While the settlement agreement between the parties in this case required that the Counter-defendants make the first Quarterly Payment to CCTC on April 1, 2025, CCTC has not received that payment to date.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 23rd day of April, 2025.

    /s/ Robert Lang_____
    ROBERT LANG

2