# EXHIBIT 2

Secretary of State Information Page for
Capital Pure Assets, Ltd.

## Filing History

### Entity Information

| | | | |
|---|---|---|---|
| **Entity Name:** | CAPITAL PURE ASSETS, LTD | **Entity Number:** | E0286672019-8 |
| **Entity Type:** | Domestic Limited-Liability Company (86) | **Entity Status:** | Dissolved |
| **Formation Date:** | 06/20/2019 | **NV Business ID:** | NV20191459870 |
| **Termination Date:** | | **Annual Report Due Date:** | 6/30/2025 |
| **Compliance Hold:** | | **Series LLC:** ☐  **Restricted LLC:** ☑ | |

### Filing History Details

| File Date | Effective Date | Filing Number | Document Type | Amendment Type | Source | # of Pages | View |
|---|---|---|---|---|---|---|---|
| 04/10/2025 | 04/10/2025 | 20254814105 | Articles of Dissolution | | External | 1 | 📷 |
| 06/29/2024 | 06/29/2024 | 20244156267 | Annual List | | External | 2 | 📷 |
| 07/20/2023 | 07/20/2023 | 20233360263 | Amended List | | External | 2 | 📷 |
| 07/20/2023 | 07/20/2023 | 20233360239 | Annual List | | External | 2 | 📷 |
| 06/28/2022 | 06/28/2022 | 20222425783 | Annual List | | External | 2 | 📷 |
| 04/05/2021 | 04/05/2021 | 20211364385 | Annual List | | External | 2 | 📷 |
| 07/18/2020 | 07/18/2020 | 20200793548 | Annual List | | External | 2 | 📷 |
| 06/20/2019 | 06/20/2019 | 20190265382-28 | Initial List | | External | 1 | |
| 06/20/2019 | 06/20/2019 | 20190265381-17 | Articles of Organization | | External | 1 | |

**Page 1 of 1, records 1 to 9 of 9**

Back        Return to Search        Return to Results