Stephen R. Hackett, Esq.
Nevada Bar No.: 5010
David B. Barney, Esq.
Nevada Bar No.: 14681
SKLAR WILLIAMS PLLC
410 South Rampart Boulevard, Suite 350
Las Vegas, Nevada 89145
Telephone: (702) 360-6000
Facsimile:  (702) 360-0000
Email: shackett@sklar-law.com
        dbarney@sklar-law.com
*Attorneys for Defendant/Counterclaimant*
*CC Technology Corporation*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CAPITAL PURE ASSETS, LTD, a Nevada limited liability company,<br><br>Plaintiff/Counter-defendant,<br><br>v.<br><br>CC TECHNOLOGY CORPORATION, a Colorado corporation; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive,<br><br>Defendant/Counterclaimant.<br><br>AND ALL RELATED COUNTERCLAIMS | Case No. 2:24-cv-00680-NJK<br><br>**STIPULATION AND ORDER TO AMEND ORDER RELEASING FUNDS IN COURT REGISTRY (ECF No. 72)** |

Plaintiff and Counter-defendants Capital Pure Assets, Ltd, Shiva Prakash, Hannah Dawn Prakash, Vikhyat Prakash, James Chrisman, P.C., and James P. Chrisman (collectively, "Counter-defendants"), and Defendant/Counterclaimant CC Technology Corporation ("CCTC") (collectively, the "Parties"), by and through their undersigned counsel of record, hereby submit this Stipulation and Order to Amend Order Releasing Funds in Court Registry (ECF No. 72), and stipulate and agree as follows:

1.     On April 29, 2025, the Court held a hearing on CCTC's Second Motion to Enforce Settlement and for Sanctions against Counter-defendants (ECF No. 66; the "Second Motion to Enforce").

1

2. During the hearing on April 29, 2025, the Court ruled that the funds held in the Court's registry, in the amount of $336,000, shall be released to CCTC, but CCTC's counsel acknowledges they were not clear that they intended for the Court to order the release of the funds to counsels' law firm, "Sklar Willaims PLLC," not to counsel, individually.

3. After the hearing on April 29, 2025, the Court entered an Order which granted in part and denied in part CCTC's Motion (ECF No. 72; the "Order"). In the Order, the Court ruled that "[u]pon receipt of any required paperwork, the Clerk's Office is **INSTRUCTED** to release the deposited funds of $336,000, plus accrued interest, to counsel for CC Technology Corporation (David Barney or Stephen Hackett)."

4. The Parties hereby stipulate and agree that the funds may be released to CCTC's counsels' law firm "Sklar Williams PLLC", rather than to CCTC's counsel, individually (David Barney or Stephen Hackett).

5. Accordingly, to resolve this clerical issue, the Parties hereby stipulate and respectfully request that the Court amend its Order (ECF No. 72) to state that "the Clerk's Office is **INSTRUCTED** to release the deposited funds of $336,000, plus accrued interest, to counsel for CC Technology Corporation, the law firm of Sklar Williams PLLC."

**IT IS SO STIPULATED**.

Dated this 2nd day of May, 2025.
HUTCHISON & STEFFEN, PLLC

/s/ Piers R. Tueller
Joseph R. Ganley, Esq. (NBN: 5643)
Piers R. Tueller, Esq. (NBN: 14633)
Ramez A. Ghally, Esq. (NBN: 15225)
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
*Attorneys for Plaintiff and Counter-defendants*

Dated this 2nd day of May, 2025.
SKLAR WILLIAMS PLLC

/s/ David B. Barney
Stephen R. Hackett, Esq. (NBN: 5010)
David B. Barney, Esq. (NBN: 14681)
410 S. Rampart Blvd., Suite 350
Las Vegas, Nevada 89145
*Attorneys for Defendant/Counterclaimant
CC Technology Corporation*

**IT IS SO ORDERED.**

Dated: _____

_____
UNITED STATES MAGISTRATE JUDGE

2