UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CAPITAL PURE ASSETS, LTD.,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>CC TECHNOLOGY CORPORATION,<br><br>　　　　Defendant(s). | Case No. 2:24-cv-00680-NJK[1]<br><br>**ORDER** |

On April 29, 2025, the Court held Counter-Defendants in contempt for failing to make the $14,000 initial payment as ordered. Docket No. 72 at 4-5; *see also* Docket No. 71. Pending before the Court now is Counter-Defendants' notice of compliance that the $14,000 initial payment was made later that same day, April 29, 2025. Docket No. 74. In light of that notice, Counter-Defendants' contempt has been **purged**, no fines will be assessed, and the status conference set for May 6, 2025, is **vacated**. It appears the case may now be primed for dismissal, *see* Docket No. 57-2 at ¶ 2(b), but the Court understands the parties may dispute whether jurisdiction should be retained after dismissal. Counsel must promptly confer on these issues. Either a stipulation of dismissal or simultaneous counter-motion practice must be filed on May 9, 2025.[2]

IT IS SO ORDERED.

Dated: May 5, 2025

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] On August 19, 2024, the case was referred to the undersigned magistrate judge on the parties' consent. Docket Nos. 27, 28.

[2] If counter-motions are filed, counsel must ensure they include fulsome argument and citation to appropriate legal authority regarding the specific issues in dispute.

1