# EXHIBIT 2

Billing History

**SKLAR WILLIAMS PLLC**
**410 South Rampart Boulevard, Suite 350**
**Las Vegas, NV 89145**

# HISTORY

Mr. Thomas E. Gavin IV
CannaTrac Financial Corp.

May 8, 2025

In Reference To:   Recovery of Capital Pure Assets, Ltd. Funding (File No.
                   GC033177)
                   68587.001

Professional Services

| | | Rate | Hours | Amount |
|---|---|---|---|---|
| ███████████████████████ | | | 0.20 | 113.00 |
| ███████████████████████ | | | 0.80 | 300.00 |
| 1/14/2025 - DBB | Email correspondence with opposing counsel regarding settlement documents. | 375.00/hr | 0.20 | 75.00 |
| - DBB | Continued drafting Stipulation and Order to Extend Discovery. | 375.00/hr | 0.70 | 262.50 |
| 1/16/2025 - DBB | Email correspondence with client regarding ████████. | 375.00/hr | 0.20 | 75.00 |

Mr. Thomas E. Gavin IV                                                    Page     2

| Date | | Initials | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 1/17/2025 | - | DBB | Review Order entered by Court on Stipulation to Extend Discovery; email client regarding same. | 375.00/hr | 0.20 | 75.00 |
| | - | SRH | Review Order and Stipulation to Extend Discovery; conference with David Barney regarding status. | 565.00/hr | 0.30 | 169.50 |
| 1/27/2025 | - | SRH | Emails and telephone call with client regarding ████████████. | 565.00/hr | 0.30 | 169.50 |
| | - | DBB | Emails and telephone call with client regarding █████; email opposing counsel regarding same. | 375.00/hr | 0.50 | 187.50 |
| 2/2/2025 | - | SRH | Legal research ████████████ ████████████. | 565.00/hr | 0.50 | 282.50 |
| | - | DBB | Draft Status Report regarding settlement; brief legal research regarding ████ ████████████. | 375.00/hr | 1.20 | 450.00 |
| 2/3/2025 | - | DBB | Email correspondence with opposing counsel regarding Joint Status Report and settlement overall. | 375.00/hr | 0.20 | 75.00 |
| | - | SRH | Emails to and from David Barney regarding the Draft Joint Status Report; Reviewed the Joint Status Report. | 565.00/hr | 0.50 | 282.50 |
| 2/4/2025 | - | DBB | Telephone call with opposing counsel regarding settlement status. | 375.00/hr | 0.20 | 75.00 |
| 2/6/2025 | - | SRH | Revise and edit Joint Status Report; emails with David Barney and opposing counsel regarding status report. | 565.00/hr | 0.50 | 282.50 |
| | - | DBB | Finalize Joint Status Report per opposing counsel comments; prepare same for filing. | 375.00/hr | 0.20 | 75.00 |

Mr. Thomas E. Gavin IV                                                    Page    3

|  |  | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 2/6/2025 - | DBB | Email correspondence with client regarding ████████████. | 375.00/hr | 0.20 | 75.00 |
| - | DBB | Several revisions of Joint Status Report regarding settlement; emails with Steve Hackett and opposing counsel regarding same. | 375.00/hr | 0.60 | 225.00 |
| 2/7/2025 - | SRH | Review revisions and correspondence regarding Joint Status Report. | 565.00/hr | 0.50 | 282.50 |
| 2/11/2025 - | DBB | Telephone call with client regarding ████████████. | 375.00/hr | 0.20 | 75.00 |
| 2/13/2025 - | SRH | Telephone call with client regarding █████ and conference with David Barney. | 565.00/hr | 0.20 | 113.00 |
| - | DBB | Begin preparation of Joint Status Report regarding settlement. | 375.00/hr | 0.20 | 75.00 |
| - | DBB | Telephone call with client to discuss ████████████████. | 375.00/hr | 0.20 | 75.00 |
| ████████████████████████ | | | | 0.20 | 75.00 |
| - | DBB | Telephone call with opposing counsel regarding settlement issues (.2); review of relevant case law regarding █████ ████████████ (.8). | 375.00/hr | 1.00 | 375.00 |
| ████████████████████████ | | | | 1.00 | 375.00 |

Mr. Thomas E. Gavin IV

Page    4

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 2/14/2025 - | DBB | Continued preparation of Joint Status Report; emails with Steve Hackett and opposing counsel regarding same. | 375.00/hr | 0.40 | 150.00 |
| - | DBB | Continued legal research regarding ██████████████████████████. | 375.00/hr | 0.30 | 112.50 |
| - | DBB | Review and revise Joint Status Report per Steve Hackett comments; email opposing counsel regarding same. | 375.00/hr | 0.40 | 150.00 |
| ███████████████████████████████████ | | | | 0.40 | 150.00 |
| ███████████████████████████████████ | | | | 0.40 | 150.00 |
| - | SRH | Legal research ████████████████ ████████; conference with David Barney; emails with David Barney and edit and revise Joint Status Report. | 565.00/hr | 0.80 | 452.00 |
| - | SRH | Review the Joint Status Report and sent comments to David Barney; Review and comment on ████████████████ ████████████████████████; review settlement communications. | 565.00/hr | 0.60 | 339.00 |
| - | DBB | Continued legal review regarding ███████████████████████████. | 375.00/hr | 0.50 | 187.50 |
| 2/18/2025 - | DBB | Telephone call and email correspondence with opposing counsel regarding settlement. | 375.00/hr | 0.20 | 75.00 |
| - | DBB | Several revisions of Joint Status Report per opposing counsel discussion, and several emails with opposing counsel | 375.00/hr | 0.60 | 225.00 |

Mr. Thomas E. Gavin IV                                                        Page      5

|              |     |                                                                                                               | Rate | Hours | Amount |
|--------------|-----|---------------------------------------------------------------------------------------------------------------|------|-------|--------|
|              |     | regarding same.                                                                                               |      |       |        |
| 2/18/2025 -  | DBB | Telephone and email correspondence with client regarding ███████ ███████.                                     | 375.00/hr | 0.20 | 75.00 |
| 2/19/2025 -  | DBB | Review executed copy of settlement agreement; emails with client and opposing counsel regarding same.         | 375.00/hr | 0.30 | 112.50 |
|              | SRH | Review full executed Settlement Agreement.                                                                    | 565.00/hr | 0.20 | 113.00 |
| 2/20/2025 -  | DBB | Several emails with opposing counsel regarding status of settlement.                                          | 375.00/hr | 0.20 | 75.00 |
| 2/24/2025 -  | DBB | Telephone and email correspondence with opposing counsel regarding settlement status and forthcoming motion to enforce settlement. | 375.00/hr | 0.20 | 75.00 |
| 2/25/2025 -  | DBB | Begin drafting motion to enforce settlement.                                                                  | 375.00/hr | 0.70 | 262.50 |
|              | SRH | Emails with David Barney regarding Motion to Enforce Settlement.                                              | 565.00/hr | 0.20 | 113.00 |
| 2/26/2025 -  | DBB | Draft Declaration of David B. Barney in support of Motion to Enforce Settlement.                              | 375.00/hr | 1.00 | 375.00 |
|              | DBB | Review and revise Motion to Enforce Settlement; prepare exhibits and file motion.                            | 375.00/hr | 1.20 | 450.00 |
|              | DBB | Continued drafting motion to enforce settlement; telephone call with opposing counsel regarding same.         | 375.00/hr | 2.90 | 1,087.50 |

Mr. Thomas E. Gavin IV                                                                    Page    6

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 2/26/2025 - | DBB | Legal research in connection with preparation of motion to enforce settlement. | 375.00/hr | 1.80 | 675.00 |
| 2/27/2025 - | DBB | Email correspondence with client regarding ███████████. | 375.00/hr | 0.20 | 75.00 |
| 3/10/2025 - | DBB | Telephone call with client regarding ████████████████ | 375.00/hr | 0.20 | 75.00 |
| - | DBB | Telephone call with opposing counsel regarding pending motions; correspondence with Steve Hackett regarding same. | 375.00/hr | 0.20 | 75.00 |
| - | DBB | Review Court Order denying motion to withdraw; email correspondence with client and Steve Hackett regarding same. | 375.00/hr | 0.30 | 112.50 |
| 3/12/2025 - | SRH | Review filed Response to Motion to Enforce Settlement. | 565.00/hr | 0.75 | 423.75 |
| - | DBB | Review Counter-defendants' Opposition to Motion to Enforce Settlement; correspondence with Steve Hackett regarding same. | 375.00/hr | 0.30 | 112.50 |
| 3/13/2025 - | DBB | Begin drafting reply in support of motion to enforce settlement. | 375.00/hr | 1.60 | 600.00 |
| - | DBB | Legal research in connection with preparation of reply in support of motion to enforce settlement, including ████ ███████████. | 375.00/hr | 1.00 | 375.00 |
| 3/14/2025 - | DBB | Telephone call with client regarding ████████████. | 375.00/hr | 0.20 | 75.00 |

Mr. Thomas E. Gavin IV

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 3/14/2025 - | DBB | Continued drafting reply in support of motion to enforce settlement. | 375.00/hr | 1.40 | 525.00 |
| 3/17/2025 - | DBB | Continued drafting Reply in support of motion to enforce settlement. | 375.00/hr | 2.30 | 862.50 |
| - | SRH | Revise and edit Reply in Support of Motin to Enforce. | 565.00/hr | 1.25 | 706.25 |
| - | DBB | Continued legal research in connection with preparation of reply brief. | 375.00/hr | 1.40 | 525.00 |
| - | DBB | Draft Declaration of David B. Barney, Esq. in support of reply brief. | 375.00/hr | 0.60 | 225.00 |
| - | DBB | Review and finalize reply brief for filing, including compilation and preparation of exhibits. | 375.00/hr | 1.00 | 375.00 |
| ██████████ | | | | 0.20 | 75.00 |
| ██████████ | | | | 0.20 | 113.00 |
| ██████████ | | | | 0.20 | 75.00 |
| 4/8/2025 - | SRH | Emails to and from David Barney regarding ██████ | 565.00/hr | 0.30 | 169.50 |

Mr. Thomas E. Gavin IV

Page    8

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 4/8/2025 - DBB | Correspondence with client and Steve Hackett regarding ████████ ████████. | | 375.00/hr | 0.30 | 112.50 |
| 4/17/2025 - SRH | Review Order Granting Motion to Enforce Settlement and for Sanction; Emails to and from David Barney regarding ████████ ████ | | 565.00/hr | 0.50 | 282.50 |
| - DBB | Review Order Granting Motion to Enforce Settlement and for Sanctions; correspondence with client and Steve Hackett regarding ████ ████. | | 375.00/hr | 0.50 | 187.50 |

| For professional services rendered | 39.40 | $16,257.00 |
|---|---|---|

Additional Charges :

| | | Qty/Price | Amount |
|---|---|---|---|
| 2/26/2025 - DBB | Legal Research - Westlaw [02/02/2025; 02/13/2025; 02/14/2025; 02/25/2025; 02/26/2025] | 1 1,182.64 | 1,182.64 |
| 3/17/2025 - DBB | Legal Research - Westlaw [03/13/2025; 03/17/2025] | 1 372.23 | 372.23 |
| ████████ | ████████ | | 9.64 |
| ████████ | ████████ | | 9.64 |
| ████████ | ████████ | | 9.64 |

Mr. Thomas E. Gavin IV

Page     9

|  | Amount |
|---|---|
| Total costs | $1,583.79 |

████████████████████████████████████

### Attorney Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| David B. Barney | 31.60 | 375.00 | $11,850.00 |
| Stephen R. Hackett | 7.80 | 565.00 | $4,407.00 |