INTENTIONALLY LEFT BLANK
EXHIBIT PAGE ONLY

# EXHIBIT A

Declaration of Piers R. Tueller, Esq.



### DECLARATION OF PIERS R. TUELLER

Piers R. Tueller, being first duly sworn, deposes and says that:

1.      I am a senior associate with the law firm of Hutchison & Steffen, PLLC, counsel for plaintiffs/counter-defendants in this case.

2.      I make this affidavit in support of the Motion to Enforce Settlement ("Motion"), according to my personal knowledge, except as to those matters stated on information and belief and, as to those matters, I believe them to be true.

3.      In response to the Court's May 5, 2025 Order (ECF No. 75), directing counsel to promptly confer on whether jurisdiction should be retained after dismissal and either file a stipulation of dismissal or simultaneous counter-motion practice on May 9, 2025, CCTC's counsel – David Barney – and I emailed to schedule a telephonic conference.

4.      On May 6, 2025, I participated in a telephonic conference with CCTC's counsel to address whether an agreement could be reached regarding dismissal.

5.      During that call I reiterated my clients' position that the Settlement Agreement directed the parties to file a Stipulation and Order for Dismissal of Case with Prejudice, and for Release of Funds Held in Court Registry within three (3) business days of Counter-defendants' delivery of the Initial Payment, which had been accomplished on May 2, 2025.

6.      CCTC's counsel disagreed and referred back to the position proffered in the Second Motion to Enforce Settlement (ECF No. 66) believing that the Court should retain jurisdiction.  No agreement was reached on that call but we agreed to follow up in a couple of days to see if there had been an movement from our respective sides.

7.      I again telephonically conferred with CCTC's counsel on May 8, 2025 to see if there was a possible compromise.

8.      As none existed, the parties agreed that motion practice, as ordered by the Court, was unfortunately necessary

I declare under penalty of perjury under the laws of the State of Nevada that the forgoing is true and correct.

DATED this 9th day of May, 2025.

/s/ Piers R. Tueller

_____

Piers R. Tueller, Esq.