# EXHIBIT 1

Declaration of Robert Lang

Stephen R. Hackett, Esq.
Nevada Bar No.: 5010
David B. Barney, Esq.
Nevada Bar No.: 14681
SKLAR WILLIAMS PLLC
410 South Rampart Boulevard, Suite 350
Las Vegas, Nevada 89145
Telephone: (702) 360-6000
Facsimile:  (702) 360-0000
Email: shackett@sklar-law.com
          dbarney@sklar-law.com
*Attorneys for Defendant/Counterclaimant
CC Technology Corporation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CAPITAL PURE ASSETS, LTD, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CC TECHNOLOGY CORPORATION, a Colorado corporation; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-00680-NJK<br><br>**DECLARATION OF ROBERT LANG IN SUPPORT OF DEFENDANT/ COUNTERCLAIMANT CC TECHNOLOGY CORPORATION'S THIRD MOTION TO ENFORCE SETTLEMENT AND FOR ORDER ENTERING CONFESSION OF JUDGMENT** |
| CC TECHNOLOGY CORPORATION, a Colorado corporation,<br><br>Counterclaimant,<br><br>v.<br><br>CAPITAL PURE ASSETS, LTD, a Nevada limited liability company; SHIVA PRAKASH, an individual; HANNAH DAWN PRAKASH, an individual; VIKHYAT PRAKASH, an individual; JAMES CHRISMAN, P.C., a Nevada professional corporation; JAMES P. CHRISMAN, an individual; DOES 1 through 10, inclusive; and ROE ENTITIES I through X, inclusive,<br><br>Counter-defendants. | |

1

I, Robert Lang, declare as follows:

1.      I am the Chief Executive Officer of CC Technology Corporation ("CCTC"), the Defendant/Counterclaimant in the above-captioned lawsuit.  I make this Declaration in that capacity, and in support of CCTC's Third Motion to Enforce Settlement and for Order Entering Confession of Judgment (the "Motion").

2.      I make this Declaration based upon my own personal knowledge, and if called upon to testify to the matters set forth herein, I could and would competently do so.

3.      While the settlement agreement between the parties in this case required that the Counter-defendants make the first Quarterly Payment to CCTC on April 1, 2025, CCTC did not receive the Quarterly Payment on that date.

4.      As of the date of this Declaration, CCTC still has not received the first Quarterly Payment of $123,250, as required under the settlement agreement, from any of the Counter-defendants.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 9th day of May, 2025.

*/s/ Robert Lang*_____
ROBERT LANG

2