# EXHIBIT 2

Declaration of David B. Barney, Esq.

Stephen R. Hackett, Esq.
Nevada Bar No.: 5010
David B. Barney, Esq.
Nevada Bar No.: 14681
SKLAR WILLIAMS PLLC
410 South Rampart Boulevard, Suite 350
Las Vegas, Nevada 89145
Telephone: (702) 360-6000
Facsimile:  (702) 360-0000
Email: shackett@sklar-law.com
          dbarney@sklar-law.com
*Attorneys for Defendant/Counterclaimant*
*CC Technology Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CAPITAL PURE ASSETS, LTD, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CC TECHNOLOGY CORPORATION, a Colorado corporation; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-00680-NJK<br><br>**DECLARATION OF DAVID B. BARNEY, ESQ. IN SUPPORT OF DEFENDANT/COUNTERCLAIMANT CC TECHNOLOGY CORPORATION'S THIRD MOTION TO ENFORCE SETTLEMENT AND FOR ORDER ENTERING CONFESSION OF JUDGMENT** |
| CC TECHNOLOGY CORPORATION, a Colorado corporation,<br><br>Counterclaimant,<br><br>v.<br><br>CAPITAL PURE ASSETS, LTD, a Nevada limited liability company; SHIVA PRAKASH, an individual; HANNAH DAWN PRAKASH, an individual; VIKHYAT PRAKASH, an individual; JAMES CHRISMAN, P.C., a Nevada professional corporation; JAMES P. CHRISMAN, an individual; DOES 1 through 10, inclusive; and ROE ENTITIES I through X, inclusive,<br><br>Counter-defendants. | |

1

I, David B. Barney, Esq., declare as follows:

1.       I am an attorney duly licensed to practice law in the State of Nevada.  I am a member of the law firm Sklar Williams PLLC, counsel of record for Defendant/Counterclaimant CC Technology Corporation ("CCTC") in the above-captioned matter.  I make this Declaration in that capacity, and in support of CCTC's Third Motion to Enforce Settlement and for Order Entering Confession of Judgment (the "Motion")

2.       I make this Declaration based upon my own personal knowledge, and if called upon to testify to the matters set forth herein, I could and would competently do so.

3.       On April 2, 2025, my office sent a Notice of Default to the Counter-defendants by Certified Mail and E-mail.  A true and correct copy of such correspondence is attached to the Motion as **Exhibit 3**.

4.       On May 6 and 7, 2025, I conferred with the Counter-defendants' counsel by phone, regarding the issues of (i) whether this case should be dismissed, (ii) if so, whether the Court should retain jurisdiction after dismissal, and (iii) whether the Court should enforce the parties' obligations in the Settlement Agreement, including regarding the Confession of Judgment and the Counter-defendants' payment of the first Quarterly Payment.  We unfortunately were not able to agree on any of these issues, and CCTC now files the Motion in accordance with the Court's Order dated May 5, 2025.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my information and belief.

Dated this 9th day of May, 2025.

 */s/ David B. Barney*_____
DAVID B. BARNEY, ESQ.

2