# EXHIBIT 3

Notice of Default

| **From:** | Jessica Uriostegui |
|---|---|
| **To:** | ████████@capitalpureassets.com; ████@jameschrisman.com; ptueller@hutchlegal.com |
| **Cc:** | Steve Hackett; David Barney; ███████████████ |
| **Subject:** | Capital Pure Assets, Ltd v. CC Technology Corporation - Notice of Default |
| **Date:** | Wednesday, April 02, 2025 12:43:53 PM |
| **Attachments:** | Notice of Default (4.02.25).pdf<br>image001.png<br>image002.png |

Good afternoon,

Attached please find correspondence from Stephen R. Hackett, Esq., regarding the above referenced matter. Should you have any questions, please feel free to contact Mr. Hackett directly.

Thank you,
*Jessica Uriostegui*
Legal Assistant
**SKLAR WILLIAMS**
—— **PLLC** ——
LAW OFFICES
410 South Rampart Boulevard, Suite 350
Las Vegas, Nevada 89145
Telephone: (702) 360-6000 ✿ Facsimile: (702) 360-0000
JUriostegui@sklar-law.com



This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confiden ial informa ion that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby no ified that any disclosure, copying, distribution, or use of any of the information contained in or attached to this transmission is prohibited. If you have received this

transmission in error, please immediately notify us by reply e-mail, by forwarding  his to admin@sklar-law com, or by telephone at (702) 360-6000, and destroy the original transmission and its attachments without reading or saving them in any manner. Any tax advice contained in this e-mail was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under  he Internal Revenue Code of 1986, as amended. Thank you.

# SKLAR WILLIAMS
## —— PLLC ——
### LAW OFFICES
410 South Rampart Boulevard, Suite 350
Las Vegas, Nevada 89145
(702) 360-6000 • Fax: (702) 360-0000
E-Mail: shackett@sklar-law.com

April 2, 2025

**Via Certified Mail and E-mail**

Capital Pure Assets, Ltd.
Attn: Shiva Prakash
2251 N. Rampart Blvd., Suite #325
Las Vegas, NV 89128
Email: ████████@capitalpureassets.com

with a copy to:

Hutchison & Steffen, PLLC
Attn: Piers R. Tueller, Esq.
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Email: ptueller@hutchlegal.com

James P. Chrisman, Esq.
8924 Spanish Ridge Ave
Las Vegas, NV 89148
Email: ████@jameschrisman.com

with a copy to:

Hutchison & Steffen, PLLC
Attn: Piers R. Tueller, Esq.
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Email: ptueller@hutchlegal.com

RE:    **NOTICE OF DEFAULT**

TO:    **Capital Pure Assets, Ltd., Shiva Prakash, Hannah Prakash, Vikhyat Prakash, James Chrisman, P.C. and James P. Chrisman (collectively, the "Counter-defendants")**

Please be advised that the Counter-defendants are in default of that certain Mutual Release and Settlement Agreement, executed by the Parties (the "Agreement").[1] Pursuant to the Agreement, a Quarterly Payment in the amount of $123,250.00 was due to CC Technology Corporation ("CCTC") on or before April 1, 2025.

CCTC has not received the April 1, 2025, Quarterly Payment and the thirty (30) calendar day Cure Period is now in effect under the Agreement.

CCTC expressly reserves all its rights and remedies.

Sincerely,

SKLAR WILLIAMS PLLC

Stephen R. Hackett
*Attorneys for CCTC*

Cc:   Robert P. Lang

---

[1]    Capitalized terms not defined herein shall have the meanings given to them in the Agreement.