# EXHIBIT 4

Completed Confession of Judgment

Stephen R. Hackett, Esq.
Nevada Bar No.: 5010
David B. Barney, Esq.
Nevada Bar No.: 14681
SKLAR WILLIAMS PLLC
410 South Rampart Boulevard, Suite 350
Las Vegas, Nevada 89145
Telephone: (702) 360-6000
Facsimile: (702) 360-0000
Email: shackett@sklar-law.com
        dbarney@sklar-law.com
*Attorneys for Plaintiff*
*CC Technology Corporation*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CC TECHNOLOGY CORPORATION, a Colorado corporation,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL PURE ASSETS, LTD, a Nevada limited liability company; and SHIVA PRAKASH, an individual;<br><br>Defendants. | Case No.: 2:24-cv-00680-NJK<br><br>**CONFESSION OF JUDGMENT** |

**IT IS HEREBY STIPULATED AND AGREED** that pursuant to NRS 17.090 through NRS 17.100, Defendants CAPITAL PURE ASSETS, LTD, a Nevada limited liability company, and SHIVA PRAKASH, an individual (collectively, the "**Defendants**"), hereby agree, stipulate, confess, and authorize the entry of judgment against them jointly and severally, and in favor of Plaintiff CC TECHNOLOGY CORPORATION ("**CCTC**"), in the amount of NINE-HUNDRED-EIGHTY-SIX-THOUSAND DOLLARS ($986,000.00), less all Quarterly Payments made pursuant to the Settlement Agreement referenced in Paragraph 3 below, through the date this Confession of Judgment is entered, all of which total an amount of $ 0.00                , and therefore, the total judgment amount entered (the "**Judgment**") shall be $ 986,000.00            .

**IT IS FURTHER STIPULATED AND AGREED** that pursuant to NRS 17.100, Defendants agree and admit that this Confession of Judgment is for a debt justly due and owing

1

17

from Defendants to Plaintiff, arising from the following facts:

1.    On April 8, 2024, Defendant Capital Pure Assets, Ltd ("Capital Pure") filed a Complaint and Jury Demand against CCTC in the case styled as *Capital Pure Assets, LTD v. CC Technology Corporation*, Case No. 2:24-cv-00680 in the United States District Court for the District of Nevada (the "**Lawsuit**").

2.    On June 17, 2024, CCTC filed an Answer and Counterclaim (the "**Counterclaim**") against the Defendants, among others, in the Lawsuit.  In the Counterclaim, CCTC stated the following claims for relief against the Defendants: (i) Alter Ego Liability; (ii) Fraud; (iii) Deceptive Trade Practices/Consumer Fraud; (iv) Breach of Contract; (v) Breach of the Implied Covenant of Good Faith and Fair Dealing; (vi) Civil Conspiracy; (vii) Conversion; (viii) Unjust Enrichment; and (ix) Declaratory Relief.

3.    On or about ~~December ____, 2024~~ February 19, 2025, the parties in the Lawsuit, including, but not limited to, CCTC and Defendants, agreed to fully compromise and settle all claims and counterclaims that were brought, or which could have been brought in the Lawsuit, by entering into a Mutual Release and Settlement Agreement (the "**Settlement Agreement**").

4.    The Settlement Agreement requires, *inter alia*, that Defendants make eight (8) quarterly payments of One Hundred Twenty-Three Thousand Two Hundred Fifty Dollars and No Cents ($123,250.00) to CCTC (each, a "**Quarterly Payment**"), for a total amount of $986,000.00. The Settlement Agreement requires that the Quarterly Payments be made on the following dates: (i) April 1, 2025; (ii) July 1, 2025; (iii) October 1, 2025; (iv) January 1, 2026; (v) April 1, 2026; (vi) July 1, 2026; (vii) October 1, 2026; and (viii) January 1, 2027.

**IT IS FURTHER STIPULATED AND AGREED** that CCTC shall be entitled to file this Confession of Judgment with the Court only upon default by the Defendants, as permitted under the terms of the Settlement Agreement and the submission of an affidavit by CCTC stating that Defendants have defaulted on their obligation to timely pay all Quarterly Payments, and that Judgment may be entered, less any and all Quarterly Payments made by Defendants pursuant to the Settlement Agreement.

**IT IS FURTHER STIPULATED AND AGREED** that this Confession of Judgment has

2

18

been entered into knowingly, freely and voluntarily, by each of the Defendants after consultation with their own counsel.

### VERIFICATION TO CONFESSION OF JUDGMENT

COUNTY OF CLARK )
) ss.
STATE OF NEVADA )

Under penalty of perjury, the undersigned declare that it/he/she is authorized to sign the foregoing Confession of Judgment, has done freely and voluntarily after consulting with counsel, and knows, understands, and agrees to be bound by the terms of such Confession of Judgment, jointly and severally.

| | |
|---|---|
| **CAPITAL PURE ASSETS, LTD**, a Nevada limited liability company | **SHIVA PRAKASH**, an individual |

By: _____

Its: _____

Date: 02/18/2025

Date: 02/18/2025

SUBSCRIBED AND SWORN to before me this 18th day of ~~December, 2024.~~ february, 2025

SUBSCRIBED AND SWORN to before me this 18th day of ~~December, 2024.~~ february, 2025


NOTARY PUBLIC


NOTARY PUBLIC

DANIELLE KELLEY
Notary Public, State of Nevada
No. 05-100321-1
My Appt. Exp. July 11, 2025

DANIELLE KELLEY
Notary Public, State of Nevada
No. 05-100321-1
My Appt. Exp. July 11, 2025

3

19