UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CAPITAL PURE ASSETS, LTD.,<br>    Plaintiff(s),<br>v.<br>CC TECHNOLOGY CORPORATION,<br>    Defendant(s). | Case No. 2:24-cv-00680-NJK[1]<br>**ORDER**<br>[Docket No. 67] |

Pending before the Court is a motion for the law firm of Hutchison & Steffen, PLLC to withdraw as counsel for Plaintiff/Counter-Defendants Capital Pure Assets, Ltd., Shiva Prakash, Hannah Dawn Prakash, Vikhyat Prakash, James Chrisman, P.C., and James P. Chrisman. Docket No. 67. For good cause shown, the Court **GRANTS** the motion to withdraw. The Clerk's Office is **INSTRUCTED** to update the docket for these parties with the address and contact information provided at Docket No. 67 at 7.

IT IS SO ORDERED.

Dated: June 18, 2025

                                                    Nancy J. Koppe
                                                    United States Magistrate Judge

---

[1] This case was referred to the undersigned magistrate judge on the parties' consent. Docket Nos. 27, 28.