_____ FILED          _____ RECEIVED
_____ ENTERED        _____ SERVED ON
              COUNSEL/PARTIES OF RECORD

JUL - 8 2025

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ RJVG _____ DEPUTY

Shiva Prakash
Capital Pure Assets LTD
2251 N. Rampart Blvd #325
Las Vegas, NV 89128
Telephone: (702) 755-7233
Shiva1863@tutanota.com
Plaintiff/Counter-defendants *Pro Se*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Capital Pure Assets LTD,<br><br>      Plaintiff,<br><br>vs.<br><br>CC Technology Corporation, et. al.<br><br>      Defendants.<br><hr>CC Technology Corporation, et. al.<br><br>      Counterclaimant<br><br>vs.<br><br>Capital Pure Assets LTD, a Nevada limited liability company; SHIVA PRAKASH, an individual; HANNAH DAWN PRAKASH, an individual' VIKHYAT PRAKASH, an individual; JAMES CHRISMAN, P.C., a Nevada professional corporation; JAMES P. CHRISMAN, an individual;<br><br>      Counter-defendants, | Case No.:     2:24-cv-00680-NJK<br><br>**NOTICE OF COMPLIANCE** |

COMES NOW, Plaintiff/Counterdefendants Pro Se to hereby provide this Notice of Compliance pursuant to the Court's Order re Motion to Calculate Sanctions entered June 17, 2025 (Docket No. 77). This Order was issued by the Honorable Nancy J. Koppe, United States Magistrate Judge. In accordance with said Order the undersigned hereby certifies that compliance has been achieved as

follows:

On today's date, the Plaintiff/Counter-defendants delivered to Defendants//Counterclaimants' counsel of record the amount ordered of $9527.89 and obtained a receipt for the same. Attached hereto and incorporated herein is Exhibit A is a true and correct copy of "Receipt of Payment" dated **July 7, 2025**, from **Sklar Williams PLLC**, reflecting payment of $9527.89 for services rendered – **Calculation of Sanctions – Capital Pure Assets LTD v. CC Technology Corporation (Case No. 2:24-cv-00680-NJK)**.

Respectfully submitted this 7th day of July 2025.

Shiva Prakash
Capital Pure Assets LTD
2251 N. Rampart Blvd #325
Las Vegas, NV 89128
Telephone: (702) 755-7233
Shiva1863@tutanota.com
Plaintiff/Counter-defendants *Pro Se*

## Certificate of Service

I hereby certify that on July 7, 2025, I served a true and correct copy of the foregoing Notice of Compliance upon all counsel of record via the CM/ECF system.

Shiva Prakash
Capital Pure Assets LTD

# EXHIBIT A

**SKLAR WILLIAMS**
—— PLLC ——
LAW OFFICES
410 South Rampart Boulevard, Suite
350 Las Vegas, Nevada 89145
(702) 360-6000 • Fax (702) 360-0000

**RECEIPT OF PAYMENT**

July 7, 2025

Re:     Capital Pure Assets, Ltd. v. CC Technology Corporation, *et al.* Case No.: 2:24-cv-00680-NJK

The undersigned hereby acknowledges receiving Cash in the amount of \$9,527.89, which represents payment for attorneys' fees and costs in the above-referenced matter.

Dated this __7__ day of July, 2025.

By: _Brenda_
PRINT NAME